B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

In re   Sebring Management FL, LLC,              Case No.   15-08589
                   Debtor
                                                 Chapter         11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| Simon Orthodontic Centers, PA<br>13716 SW 84th St.<br>Kendall, FL 33183 | | breach of promissory note | | $925,000.00 |
| Orthodontic Centers of Florida, Inc.<br>3850 N CAUSEWAY BLVD, Suite 800<br>Metairie, LA 70002 | Orthodontic Centers of Florida, Inc.<br>c/o Fisher Broyles<br>4140 Rosell Road<br>Attn: Milo S. Cogan<br><br>Atlanta, GA 30342 | | This claim is disputed. | $353,049.82 |
| Hani Taddros, DDS<br>1960 East Bay Dr.<br>Largo, FL 33771 | | None | | $255,593.73 |

B 4 (Official Form 4) (12/07)

| | | | | |
|---|---|---|---|---|
| Dr. Dennis Buchman<br>241 Royal Tern Road N<br>Ponte Verde Beach, FL  32082 | | | This claim is disputed. | $48,031.85 |
| Hani Tadros<br>2184 Laurence Dr.<br>Clearwater, Florida 85379 | | wages, salaries, and commissions | | $17,766.17 |
| Piero Palacios<br>1111 Brickell Bay Drive<br>Apt #409<br>Miami, Florida 33131 | | wages, salaries, and commissions | | $13,650.00 |
| Mitra Parsa<br>11512 Lake Mead Ave<br>#523<br>Jacksonville, Florida 32256 | | wages, salaries, and commissions | | $12,000.00 |
| Diversified Practice Solutions, LLC<br>206 W. William David Pkwy<br>Metairie, Louisiana 70005 | | Consultant | This claim is subject to setoff. | $10,800.00 |
| Jason Barlock<br>5440 Tallowood Way<br>Naples, Florida 34116 | | wages, salaries, and commissions | | $10,500.00 |
| Leo Durrett<br>8600 15th Lane North<br>St. Petersburg, Florida 33702 | | | | $10,500.00 |
| Molly McCarty<br>15781 SW 96th Terrace<br>Miami, Florida 33196 | | | | $10,000.00 |
| Peter Weber<br>30640 Palmerson Place<br>Wesley Chapel, Florida  33545 | | wages, salaries, and commissions | | $9,000.00 |

B 4 (Official Form 4) (12/07)

| | | | | |
|---|---|---|---|---|
| Seanica How Orthodontics PA<br>PO Box 370943<br>Miami, Florida 33137 | | | | $8,000.00 |
| Keisha Alexander<br>15300 Sandfield Loop<br>Winter Garden , Florida  34787 | | wages, salaries, and commissions | | $7,000.00 |
| Justin Chisari<br>421 Caravelle Drive<br>Jupiter , Florida 33458 | | wages, salaries, and commissions | | $6,600.00 |
| James Hodge<br>4803 Nayshore Blvd<br>Tampa, Florida 33611 | | | | $6,000.00 |
| Kevin Brown<br>347 N. New River Dr. E.<br>#2307<br>Fort Lauderdale, Florida 33301 | | | | $6,000.00 |
| Alan Shoopak<br>14564 Eagle Pt. Dr.<br>Clearwater , Florida 33762 | | wages, salaries, and commissions | | $4,500.00 |
| Mitchell Ellingson<br>4025 W. Founder Circle<br>Buckeye , Arizona 85396 | | wages, salaries, and commissions | | $4,267.85 |
| MME CONSULTING, INC<br> 4714 Duckhorn Dr.<br>Sacramento, CA 95834 | | Consultant | | $4,212.45 |

**DECLARATION UNDER PENALTY OF PERJURY<br>ON BEHALF OF A CORPORATION OR PARTNERSHIP**

B 4 (Official Form 4) (12/07)

  I, Leif Andersen, Chief Executive Officer of Sebring Software, Inc., which is the Sole Member of Sebring Management FL, LLC, an authorized agent of Sebring Management FL, LLC named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date:  08/23/15

Leif Andersen, Chief Executive Officer of Sebring Software, Inc., which is the Sole Member of Sebring Management FL, LLC, Authorized Agent