UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In Re:

Sebring Management FL, LLC,
Debtor

Case No. 15-08589

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007, Fed. R. Bank. P. for filing in this Chapter 11 case.

| Security Holder's Registered Name and Last Known Address or Place of Business | Class of Security | Number of Securities or Percentage | Kind of Interest |
|---|---|---|---|
| Sebring Software, Inc. 1400 Cattlemen Road, Suite 101 Sarasota, FL 34232 | | 100% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, Leif Andersen, Chief Executive Officer of Sebring Software, Inc., which is the Sole Member of Sebring Management FL, LLC of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing **List of Equity Security Holders** and that it is true and correct to the best of my information and belief.

Date: 08/23/15            Signature: _____
                          Printed Name:  Leif Andersen, Chief Executive
                                         Officer of Sebring Software, Inc.,
                                         which is the Sole Member of
                                         Sebring Management FL, LLC
                          Title:

**Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.**