UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

SEBRING MANAGEMENT FL, LLC,   Case No. 8:15-bk-08589
                              Chapter 11
       Debtor,
_____/

*DEBTOR'S EMERGENCY MOTION FOR JOINT
ADMINISTRATION WITH AFFILIATED CASES*

*Emergency Relief Requested: For the reasons set forth more particularly in the Motion and in the Certificate of Necessity filed simultaneously herewith, the Debtor requests that the Court conduct a hearing on this Motion at the earliest opportunity, and expects that such hearing will last no more than 15 minutes.*

Chapter 11 Debtors, Sebring Management FL, LLC *("SMF")*, Sebring Software, Inc. *("SSI")*,[1] Sebring Dental of Arizona, L.L.C. *("SDA")*[2] and AAR Acquisition, L.L.C. *("AAR")*[3] (collectively *"Debtors"*), pursuant to Fla. R. Bankr. Pro. 1015(b) and LBR 1015-1, file this, their Motion for Joint Administration with Affiliated Cases, seeking an Order directing the joint administration of the Debtors' Chapter 11 cases, and providing for related relief, and in support thereof, Debtors state as follows:

*General Background*

1.    That on August 23, 2015, SMF, SSI, SDA and AAR filed their respective voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code *("the Bankruptcy Cases")*.

---

[1] SSI: Case No. 8:15-bk-08591 U.S. Bankruptcy Court, Middle District of Florida.
[2] SDA: Case No. 8:15-bk-08590, U.S. Bankruptcy Court, Middle District of Florida.
[3] AAR: Case No. 8:15-bk-08592, U.S. Bankruptcy Court, Middle District of Florida.

2. SMF is a Florida limited liability company which (i) maintains its principal place of business within the Middle District of Florida, and (ii) is a subsidiary of SSI.

3. SSI is a Nevada corporation which (i) maintains its principal place of business within the Middle District of Florida, and (ii) is the parent company of SMF and SDA, and an affiliate of AAR.

4. SDA is an Arizona limited liability company, and is a subsidiary of SSI, the parent company of AAR, and an affiliate of SMF.

5. AAR is an Arizona limited liability company, and is the subsidiary of SDA, and an affiliate of SMF and SSI.

6. Collectively, the Debtors provide dental management services, including support to affiliated dental practices in all non-clinical aspects of dental practice, including staffing, patient scheduling, billing and collections, financial reporting and analysis, group purchasing, payroll, marketing, education, training and management information systems, enabling affiliated dentists to focus exclusively on delivering high quality patient care.

7. The Debtors are each being managed and operated as Debtors in possession.

8. No committee has been appointed in any of the Debtors' cases.

### *Grounds for Requested Relief*

9. The Debtors are affiliates within the meaning and effect of 11 U.S.C. 101(2).

10. The business affairs of the Debtors are interrelated, and the Debtors major creditors are creditors of all of the Debtors.

11. The Debtors anticipate that similar, if not identical, procedural and substantive issues will arise in each of their Chapter 11 cases.

12. Further, the Debtors will move forward expeditiously to continue their interrelated operations and intend to propose a Joint Plan of Reorganization.

13. The costs of administration to the Debtors will be greatly reduced by and through joint administration, as it would be a waste of estate resources to draft, file and serve virtually identical motions, plans and other papers in each of the Debtors' cases.

14. Moreover, there is a risk that, without the benefit of joint administration, creditors receiving multiple filings seeking similar relief may be confused or, if represented by counsel, their legal expenses will be unnecessarily multiplied.

15. The creditors of the individual Debtors' cases will not be prejudiced by and through the relief requested herein, as the estates will remain separate for all other purposes at this time.

16. In particular, the Debtors request that the joint administration of their cases provide for:

    A. Maintenance by the Clerk of the United States Bankruptcy Court for the Middle District of Florida, Tampa Division ("Clerk") of one docket for all pleadings, motions, and other documents filed in all cases, designating the SMF case as the lead case;

    B. All papers being captioned with the name and case number of the lead case, followed by the words "Jointly Administered with" beneath the case number of the lead case, followed by the case names and numbers of each case that is subject to joint administration.

  C. The filing of all pleadings and papers in the lead case only, provided however, that proofs of claim be filed in each of the applicable cases, and the maintenance by the Clerk of separate claims registers.

  D. The filing of separate Monthly Operating Reports in the separate case files.

WHEREFORE, the Debtors respectfully move the request this Court grant and enter its order directing Joint Administration of the Bankruptcy Cases consistent with the foregoing.

           **SHUMAKER, LOOP & KENDRICK, LLP**

           /s/ Jay B. Verona
           **JAY B. VERONA, ESQ.**
           Florida Bar No. 352616
           jverona@slk-law.com
           **SETH P. TRAUB, ESQ.**
           Florida Bar No. 022088
           straub@slk-law.com
           101 E. Kennedy Blvd., Suite 2800
           Tampa, FL 33602
           Phone: 813-229-7600
           Fax:  813-229-1660
           *Counsel for the Debtors*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 23, 2015, a copy of the foregoing was filed electronically through the Court's CM/ECF system and on August 24, 2015, a copy of the foregoing will be served by e-mail or U.S. Mail upon:

Office of the United States Trustee
501 E. Polk St., Suite 1200, Tampa, FL 33602

Parties reflected on L.R. 1007-2(b) Parties in Interest List

           /s/ Jay B. Verona

SLK_TAM:#2247741v1