B 6 Summary (Official Form 6 - Summary) (12/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

In re **Sebring Management FL, LLC**_____,  Case No. **15-08589**_____
_Debtor_

Chapter **11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | | | $ 0.00 | | |
| B - Personal Property | | | $ 178,970.41 | | |
| C - Property Claimed as Exempt | | | | | |
| D - Creditors Holding Secured Claims | | | | $ 16,352,370.84 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | | | | $ 198,725.13 | |
| F - Creditors Holding Unsecured Nonpriority Claims | | | | $ 1,601,068.97 | |
| G - Executory Contracts and Unexpired Leases | | | | | |
| H - Codebtors | | | | | |
| I - Current Income of Individual Debtor(s) | NO | | | | $ |
| J - Current Expenditures of Individual Debtors(s) | NO | | | | $ |
| TOTAL | | 0 | $ 178,970.41 | $ 18,152,164.94 | |

B6A (Official Form 6A) (12/07)

In re  **Sebring Management FL, LLC,**                                    Case No.  **15-08589**
                  **Debtor**                                                                **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | Husband, Wife, Joint, or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| NONE | | | | |
| | | Total ► | $0.00 | |

(Report also on Summary of Schedules.)

B 6B  (Official Form 6B) (12/2007)

In re  Sebring Management FL, LLC,                                    Case No.   15-08589
                                    **Debtor**                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Petty Cash | | $471.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of America | | $103,974.13 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Security Deposits with Landlords.  See attached Exhibit B-1. | | $59,255.23 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Property, liability, and D&O coverage | | Unknown |
| 10. Annuities. Itemize and name each issuer. | X | | | |

B 6B  (Official Form 6B) (12/2007)

In re  Sebring Management FL, LLC,_____     Case No.    15-08589_____
                                    **Debtor**                                                         (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | See attached Exhibit B-2. | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Loan receivable from Dr. Kenneth Kapley | | $13,394.02 |
| | | Accounts receivable. See attached Exhibit B-2. | | Unknown |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

B 6B  (Official Form 6B) (12/2007)

In re  Sebring Management FL, LLC,                                    Case No.    15-08589
                              Debtor                                                          (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Counterclaim against Orthodontic Centers of Florida, Inc. in American Arbitration Association Case No. 01-15-0003-5325 | | Unknown |
| | | All claims arising out of Consulting Agreements with Dr. Alan Shoopak and Dennis Buchman, and Management Agreements and Continuance Agreements with Alan D. Shoopak, DMD, P.A.; Alan D. Shoopak, D.M.D., Orthodontic Group I, LLC; Alan D. Shoopak, D.M.D., Orthodontic Group II, LLC; Alan D. Shoopak, D.M.D., Orthodontic Group III, LLC; Alan D. Shoopak, D.M.D., Orthodontic Group IV, LLC; Alan D. Shoopak, D.M.D., Orthodontic Group V, LLC; Alan D. Shoopak, D.M.D., Orthodontic Group VI, LLC; Alan D. Shoopak, D.M.D., Orthodontic Group VII, LLC; Alan D. Shoopak, D.M.D., Orthodontic Group VIII, LLC; Shoopak & Barry, P.L. (now renamed as Alan D. Shoopak, D.M.D., Orthodontic Group IX); and Shoopak & Kapley, P.L. | | Unknown |
| | | Complaint for Breach of contract against Dennis J. Buchman and Alan D. Shoopak, Adv. Pro. No. 15-ap-793. | | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

B 6B  (Official Form 6B) (12/2007)

In re **Sebring Management FL, LLC,**                                    Case No.    15-08589
_____                         _____
                          **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies.. | | See attached exhibit B-2. | | Unknown |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | See attached exhibit B-2. | | Unknown |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | See attached Exhibit B-2. | | |

<u>3</u> continuation sheets attached          Total ▶
(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

$178,970.41

# EXHIBIT B-1

## 87. Leases With Security Deposit

Filtering: Lease Category = Our Leases (Direct and Sublease) And Ls Expiration >=9/15/2015 And Ls Status = All

| Lease Codes | Property Address | Lease Term | Our Rentable Area | Landlord Name | Deposit Type | Reduces | Refunded | Security Deposit Amount |
|---|---|---|---|---|---|---|---|---|
| 46 | 13535 Feather Sound Drive<br>Sebring Management<br>Clearwater, FL 33762<br>Sebring Management | 12/16/2014 to 3/31/2021<br>6 years 3.52 months | 5,460.00 | RCCI, Inc.<br>13535 Feather Sound Drive<br>Suite 130<br>Clearwater, FL 33762<br>United States | Cash | No | No | 9,668.75 |
| 34 | 960 Immokalee Road<br>Orthodntic Specialists of Florida<br>Naples, FL 34110<br>Alan D. Shoopak, DMD, Orthodontic Group I, LLC | 6/1/2013 to 5/31/2023<br>10 years 0 months | 2,242.00 | Courtelis Company<br>703 Waterford Way<br>Suite 800<br>Miami, FL 33126<br><br>United States | Cash | No | No | 7,209.00 |
| 28 | 13716 SW 84th Street<br>Simon Orthodontics<br>Miami, FL 33183<br>Simon Orthodontics | 1/1/2011 to 12/31/2015<br>5 years 0 months | 2,579.00 | JES Enterprises, Inc.<br>13700 SW 84th Street<br>Miami, FL 33183<br>United States | Cash | No | No | 7,189.00 |
| 39 | 13129 H North Dale Mabry Hwy.<br>Orthodontic Specialists of Florida<br>Tampa, FL 33618<br>Alan D. Shoopak DMD Orthodontic Group PA | 1/1/2015 to 12/31/2019<br>5 years 0 months | 2,633.00 | Weingarten Realty Investors<br>P.O. Box 924133<br>Houston, TX 77292-4133 | Cash | No | No | 7,113.49 |
| 40 | ~~9070 E. Desert Cove Avenue~~<br>~~North Scottsdale Family Dentistry~~<br>~~Scottsdale, AZ 85260~~<br>~~Sebring Dental of Arizona, LLC~~ | ~~1/1/2013 to 12/31/2015~~<br>3 years 0 months | 3,000.00 | ~~Carinci, Inc.~~<br>~~9484 East Adobe Drive~~<br>~~Scottsdale, AZ 85255~~<br>~~United States~~ | Cash | No | No | |
| 2 | 18435 S. Dixie Hwy<br>Miami, FL 33157<br>Alan D. Shoopak DMD Orthocntal Group PA | 1/23/2006 to 1/23/2016<br>10 years 0.03 months | 1,275.00 | Woolbright Pembroke, Ltd<br>3200 N Military Trail<br>4th Floor<br><br>Boca Raton, FL 33431<br>United States<br>Phone: 561-989-2240 | Cash | No | No | 6,500.00 |
| 15 | 7091 College Parkway<br>Orthodontic Specialists of Florida<br>Fort Myers, FL 33907<br>Alan D. Shoopak, DMD, Orthodontic Group I, LLC | 1/1/2014 to 12/31/2023<br>10 years 0 months | 2,511.00 | CS College Parkway, LLC<br>DBA: c/o The Cornfeld Group<br>P.O. Box 8084<br>Dept 203092<br><br>Fort Lauderdale, FL 33310-8084<br>United States | Cash | No | No | 5,345.51 |
| 18 | 8817 Mitchell Blvd.<br>Orthodontic Specialists of Florida<br><br>Trinity, FL 34655<br>Alan D. Shoopak DMD Orthodontic Group PA | 3/12/2010 to 3/11/2020<br>10 years 0 months | 2,400.00 | Fairway-Mitchell, LLC<br>DBA: c/o Engel Realty Company, LLC<br>4000 Meadow Lake Drive<br>Suite 123<br><br>Birmingham, AL 35242<br>United States | Cash | No | No | 4,772.00 |
| 12 | 34906 US Highway 19 N<br>Orthodontic Specialists of Florida<br>Palm Harbor, FL 34684<br>Alan D. Shoopak DMD Orthodontic Group PA | 4/1/2012 to 3/31/2017<br>5 years 0 months | 1,980.00 | The Fountains I, LLC<br>DBA: Golan Realty, Inc.<br>34824 U.S. Hwy. 19 North<br>Palm Harbor, FL 34684<br><br>United States | Cash | No | No | 3,557.48 |
| 48 | 4400 Bayou Blvd.<br>Orthodontic Specialists of Florida<br>Pensacola, FL 32503<br>Shoopak & Barry, PL | 1/1/2012 to 12/31/2021<br>10 years 0 months | 2,400.00 | Daniel Barry<br>2938 Golden Eagle Drive East<br>Tallahassee, FL 32312<br>United States | Cash | No | No | 3,400.00 |
| 28 | 13716 SW 84th Street<br>Simon Orthodontics<br>Miami, FL 33183<br>Simon Orthodontics | 1/1/2011 to 12/31/2015<br>5 years 0 months | 2,579.00 | JES Enterprises, Inc.<br>13700 SW 84th Street<br>Miami, FL 33183<br>United States | Cash | No | No | 3,000.00 |
| 3 | 3611 East 1st Street<br>Bradenton, FL 34208<br>Alan D. Shoopak DMD Orthodontic Group V, LLC | 7/1/2014 to 6/30/2019<br>5 years 0 months | 2,589.00 | Desoto Properties, LLC<br>506 S. Dixie Hwy<br>Hallandale, FL 33009<br><br>United States<br>Phone: 954-455-2822<br>Fax: 954-455-9088 | Letter of Credit | No | No | 1,500.00 |

**Report Total:**

This copy of the ProLease Lease Administration Database is licensed to Sebring Management

# EXHIBIT B-2

### Assets Summary - Consolidated

Collectively, the Debtors' primary business activity is providing dental practice management services. In 2013, Sebring Management FL, LLC ("Sebring Management") acquired and merged with a dental management company that was, at the time, managing 31 dental and orthodontics practices in Florida. Subsequently, Sebring Software, Inc. ("Sebring Software"), through its subsidiary, Sebring Dental of Arizona, L.L.C. ("Sebring Arizona"), acquired 3 dental practices in Arizona. The transaction documents for these acquisitions provided the Debtors certain interests in tangible and intangible property. Accordingly, the Debtors claim actual title or equitable title in all assets described in the applicable transaction documents. A summary of those interests is provided herein.

1. *Acquisition by Merger of Assets of Orthodontic Specialists Management, LLC and A&D Orthodontic Management Corp*

On or about April 25, 2013, Sebring Management and Sebring Software entered into an Agreement and Plan of Merger (the "Merger Agreement"), whereby Sebring Management acquired, by merger, all assets and liabilities Orthodontic Specialists Management, LLC ("OSM") and A&D Orthodontic Management Corp. ("A&D"), two entities that managed orthodontic dental practices across Florida (the "Merger").[1]

As a result of the Merger, all property, assets, liabilities and other rights of OSM and A&D vested in Sebring Management. As set forth in the Merger Agreement and its Disclosure Schedules, property and assets acquired by Sebring Management through the Merger Agreement encompassed assets set forth in the Financial Statements for OSM and A&D that may lawfully be owned by non-dentists, whether located at the offices of OSM or the offices of the dental

---

[1] A&D merged with and into OSM on April 25, 2013, and then OSM merged with and into Sebring Management on April 26, 2013.

1

practices managed by A&D or OSM, including accounts receivables and loan receivables, furniture and fixtures, equipment, computer equipment, telephone systems, dental chairs and x-ray equipment, leasehold improvements, cabinetry, electrical and plumbing equipment, signage, and goodwill of OSM & A&D, to the fullest extent permitted by applicable law.

Pursuant to the Merger Agreement, Sebring Management assumed a series of Dental Practice Business Management Agreements (collectively, the "Management Agreements") with thirteen (13) groups of dental practices which were previously being managed by OSM or A&D (the "Practice Groups").[2]   The Managements Agreements provided, among other things, that Sebring Management would provide facilities, equipment, certain personnel and such management, administrative and business services as were necessary for the day-to-day administration of the non-dental aspects of the Practice Groups.  The Management Agreements specifically state that "except for equipment which [Sebring Management] elects not to acquire or lease, . . . all dental and non-dental care equipment acquired for the use of the Practice shall be owned by [Sebring Management]. . ."

Pursuant to the Management Agreements, Sebring Management was appointed the sole and exclusive agent for the management and administration of the business functions and business affairs of the Practice Groups.  Sebring Management was also appointed the Practice Groups' exclusive agent and attorney-in-fact for collection of accounts receivable, and the Practice Groups pledged all accounts receivable to Sebring Management to secure the Practice Groups' performance under the Management Agreements.

---

[2] Eleven (11) of the Management Agreements are in the name of OSM. A twelfth was executed between Sebring Management and one of the Practice Groups, Alan D. Shoopak, D.M.D. Orthodontic Group, P.A., on December 23, 2013. The thirteenth entity, Affiliated Dental Specialists, P.L., did not execute a formal written contract but engaged the services of Sebring Management on the same terms as contained in the Management Agreements, and the parties performed accordingly.

Accordingly, pursuant to the Management Agreements, even if certain assets and receivables were in the name of or acquired by the Practice Groups, Sebring Management holds equitable ownership in such property, to the fullest extent permitted by applicable law.

Concurrent with the Merger Agreements and Management Agreements, Sebring Management entered into a Continuation Agreement and Equity Pledge with the principals of each of the Practice Groups—Dr. Alan Shoopak and Dr. Dennis Buchman ("the Continuation Agreements"). Pursuant to the Continuation Agreements, Sebring Management (through its predecessor, OSM) was granted a security interest in all of the equity interests of the Practice Groups to secure obligations set forth in the Continuation Agreements.

**2.** *Acquisition of Assets of Simon Orthodontic Centers, P.A.*

On or about December 27, 2013, Sebring Management purchased all of the Operating Assets of Simon Orthodontic Centers, P.A. that could legally be owned by non-dentists via an Asset Purchase Agreement and Bill of Sale, including but not limited to:

(i)     All tangible assets, including, but not limited to, furniture, fixtures, equipment, instruments, tools, computer hardware and software, leasehold improvements and all other tangible personal property, and replacement items therefor, used or useful in the operation of the Practices;

(ii)    all inventories of Sellers, including, but not limited to, all dental and clinical supplies and instruments, pharmaceuticals, inventory, paper goods, raw materials, work-in-process, finished goods, demonstration equipment, parts, packaging materials and other products, materials, or accessories related thereto that arc held at, or are on order or are in transit from or to, the locations at which the Practices are conducted or that are used, or held or on order for used by Sellers;

(iii)   all of the contracts, leases, licenses, permits, consents and other agreements related to the Practices to which either of Sellers is a party, or pursuant to which either of Sellers has any rights;

(iv)    all manufacturer and vendor warranties in connection with the Operating Assets; and

(v)    all business files, books and records, ledgers, and all other operating data and records relating to the Practices, including without limitation financial, accounting and credit records, correspondence, budgets, engineering, inspection and facility records and other similar documents and records (in all media and forms).

## 3. *AAR Acquisition, L.L.C Acquires Arizona Practices Assets*

On or about March 25, 2013, AAR Acquisition, L.L.C. ("AAR") purchased as a going concern all of the "undertaking, property and assets" of two dental practices located at 4530 East Shea Blvd., Suite 125, Phoenix, Arizona 85028 and 6120 West Bell Road, Suite 180, Glendale, Arizona 85308 from Image Dentistry of Glendale, P.C., Image Dentistry of Peoria, P.C., and MEBL Dental Management, P.C., among others,[3] including but not limited to all assets, inventory, equipment, patient lists, furniture, fixtures, accounts receivable, client databases, files, and leasehold improvements of such practices.

## 4. *Sebring Dental of Arizona, L.L.C. Acquires Arizona Practice Assets*

On or about December 24, 2013, Sebring Dental of Arizona, L.L.C. ("Sebring Arizona") purchased as a going concern all rights, title and interests in and to the tangible and intangible assets of a dental practice located at 9070 E. Desert Cove, Suite 105, Scottsdale, AZ 85260 from North Scottsdale Family Dentistry, PLLC, among others,[4] including but not limited to all inventory, equipment, patient lists and records, furniture, fixtures, client databases, leasehold improvements, and trade names

(i)    Clinical, lab, and office equipment;

(ii)    Office furniture, furnishings and fixtures;

---

[3] The Sellers to the Asset Purchase Agreement were Byron J. Larson; Jennifer Iacobelli; Mitchell Ellingson; Kathryn Ellingson; MEBL Dental Management, P.C.; Byron J. Larsen, DDS, PLLC; Image Dentistry of Glendale, P.C.; Image Dentistry of Peoria, P.C.; and Dentelli Corp.

[4] The Sellers to the Asset Purchase Agreement were North Scottsdale Family Dentistry, PLLC; Dr. Steven H. Poulos, and Dr. Sid S. Stevens..

(iii)     Clinical supplies and instruments, papers goods and office supplies;

(iv)     Patient records, including x-rays, charts, photographs, slides, recall lists, and lab

          models, financial and credit records;

(v)      Tangible and intangible goodwill of the practice, including trade names;

(vi)     Accounts receivable;

(vii)    Client databases; and

(viii)   Leasehold interests.

B6C (Official Form 6C) (04/13)

In re **Sebring Management FL, LLC,**        Case No. **15-08589**
           **Debtor**                                                             **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                    $155,675.*
☒ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| NONE | | | |

---

\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B 6D (Official Form 6D) (12/07)

In re **Sebring Management FL, LLC**_____,    Case No. **15-08589**_____
Debtor                                             (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Blank Rome LLP** <br> **405 Lexington Aenue** <br> **Attn: Robert B. Stein, Esq.** <br> **New York , NY 10174** | | | | | | | **NOTICE ONLY** | |
| | | | VALUE $       **$0.00** | | | | | |
| Notes: Counsel for MidMarket Capital Partners, LLC | | | | | | | | |
| ACCOUNT NO. <br> **Continental General** <br> **Insurance Company** <br> **c/o MidMarket Capital** <br> **Partners, LLC, as Agent** <br> **301 E. Fourth St., 27th Floor** <br> **Cincinnati, OH 45202** | | | | | | | **$0.00** | |
| | | | VALUE $       **$0.00** | | | | | |
| Notes: Participant Lender under Loan and Security Agreement for which MidMarket Capital Partners LLC acts as agent. | | | | | | | | |
| ACCOUNT NO. <br> **Great American Insurance** <br> **Company** <br> **c/o MidMarket Capital** <br> **Partners, LLC, as Agent** <br> **301 E. Fourth St., 27th Floor** <br> **Cincinnati, OH 45202** | | | | | | | **$0.00** | |
| | | | VALUE $       **$0.00** | | | | | |
| Notes: Participant Lender under Loan and Security Agreement for which MidMarket Capital Partners LLC acts as agent. | | | | | | | | |

| **1** continuation sheets attached | Subtotal ▶ <br> (Total of this page) | $               **0.00** | $               **0.00** |
|---|---|---|---|
| | Total ▶ <br> (Use only on last page) | $ | $ |
| | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B 6D (Official Form 6D) (12/07) – Cont.

In re **Sebring Management FL, LLC**                    , Case No. **15-08589**
_____
            Debtor                                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Great American Life Insurance Company c/o MidMarket Capital Partners, LLC, as Agent 301 E. Fourth St., 27th Floor CINCINNATI, OH 45202** | | | <br><br><br>VALUE $      $0.00 | | | | $0.00 | |
| **Notes: Participant Lender under Loan and Security Agreement for which MidMarket Capital Partners LLC acts as agent.** | | | | | | | | |
| ACCOUNT NO.<br>**MidMarket Capital Partners, LLC, as Agent 301 E. Fourth St., 27th Floor Cincinnati, OH 45202, FL 45202** | X | | April 25, 2013<br>Nonpossessory, Nonpurchase-Money Security Interest<br><br>All of Debtor's assets, including See Attachment 1<br>VALUE $      Unknown | | | | $16,352,370.84 | Unknown |
| **Notes: As Agent for Great American Life Insurance Co., Great American Insurance Co., United Teacher Associates Insurance Co., and Continental General Insurance Co.**<br>Additional Contacts for MidMarket Capital Partners, LLC, as Agent :<br>**Blank Rome LLP 405 Lexington Avenue Attn: Robert B. Stein, Esq. New York , NY 10174** | | | | | | | | |
| ACCOUNT NO.<br>**United Teacher Associates Insurance Company c/o MidMarket Capital Partners, LLC, as Agent 301 E. Fourth St., 27th Floor Cincinnati, OH 45202** | | | <br><br><br>VALUE $      $0.00 | | | | $0.00 | |
| **Notes: Participant Lender under Loan and Security Agreement for which MidMarket Capital Partners LLC acts as agent.** | | | | | | | | |
| ACCOUNT NO.<br>**\*\*\*Creditor secured mailing state RMC\*\*\*** | | | **\*\*\*Creditor secured nature of lien RMC\*\*\***<br><br><br>VALUE $      $0.00 | | | | $0.00 | |

| | | |
|---|---|---|
| Sheet no. __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Secured Claims | Subtotal (s)▶<br>(Total(s) of this page) | $   **16,352,370.84**   $        **0.00** |
| | Total(s) ▶<br>(Use only on last page) | $   **16,352,370.84**   $        **0.00** |
| | | (Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

# Attachment

**Attachment 1**

**Attachment 1**

but not limited to, accounts, inventory, machinery, furniture, fixtures, equipment, general intangibles, chattel paper, contract rights, documents, instruments, deposit accounts and investment property; and all cash and non-cash proceeds thereof.

B6E (Official Form 6E) (04/13)

**In re**
**Sebring Management FL, LLC**_____ ,    Case No.__15-08589_____
Debtor                                                   *(if known)*

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☒ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B 6E (Official Form 6E) (04/13) – Cont

In re    **Sebring Management FL, LLC**                           ,    Case No. **15-08589**
                    Debtor                                                              *(if known)*

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

*\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

<u>  **4**  </u>  continuation sheets attached

B 6E (Official Form 6E) (04/13) – Cont.

In re **Sebring Management FL, LLC**                      ,      Case No. **15-08589**
                    Debtor                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Certain Other Debts Owed to Governmental Units Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| **Account No.** <br><br>**Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346** | | | **Federal Taxes** | | | X | **$162,011.92** | **$157,011.92** | **$5,000.00** |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. **1** of **4** continuation sheets attached to Schedule of Creditors Holding Priority Claims

|  | | | |
|---|---|---|---|
| Subtotals▶ (Totals of this page) | $ **162,011.92** | $ **157,011.92** | **$5,000.00** |
| Total▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Totals▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

B 6E (Official Form 6E) (04/13) – Cont.

In re **Sebring Management FL, LLC**_____,   Case No. **15-08589**_____
                  Debtor                                                       (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions** Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| **Account No.** <br><br> Julie Durkee <br> 6372 Bear Trail <br> Weeki Wachee, FL 34607 | | | Wages, Salaries, Commissions | | | | $1,681.06 | $1,681.06 | $0.00 |
| **Account No.** <br><br> Katherine Broyles <br> 56 Pintail Blvd. <br> Freeport, FL 32439 | | | Wages, Salaries, Commissions | | | | $2,122.60 | $2,122.60 | $0.00 |
| **Account No.** <br><br> Laurie Stogniew <br> 5403 Oakhurst Dr. <br> Seminole, FL 33772 | | | Wages, Salaries, Commissions | | | | $5,404.71 | $5,404.71 | $0.00 |

Sheet no. **2** of **4** continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▶
(Totals of this page)    $ **9,208.37**    $ **9,208.37**    **$0.00**

Total▶ $
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

Totals▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $    $

B 6E (Official Form 6E) (04/13) – Cont.

In re **Sebring Management FL, LLC**_____, Case No. **15-08589**_____
　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions** Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Misc.** <br>**\*\*\*Creditor priority mailing state RMC\*\*\*** | | | Other pre-petition wage claims paid post-petition pursuant to Interim Order Granting (A) Debtor's Motion to Use Cash Collateral and (B) Motion to Pay Pre-Petition Wages. | | | | **$0.00** | **$0.00** | **$0.00** |
| Account No. <br><br> **Sarah Morales** <br>**5762 59th Street N** <br>**St. Petersburg, FL 33709** | | | **Wages, Salaries, Commissions** | | | | **$1,854.23** | **$1,854.23** | **$0.00** |
| Account No. <br><br> **Sid S. Stevens** <br>**11608 E. Onyx Ave** <br>**Scottsdale , AZ 85259** | | | **Wages, Salaries, Commissions** | | | | **$10,792.40** | **$0.00** | **$0.00** |

Sheet no. __3__ of __4__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▶ (Totals of this page) $ **12,646.63** | $ **1,854.23** | **$0.00**

Total▶
(Use only on last page of the completed Schedule E.  Report also on the Summary of Schedules.)
$

Totals▶
(Use only on last page of the completed Schedule E.  If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)
$ | $

B 6E (Official Form 6E) (04/13) – Cont

In re **Sebring Management FL, LLC**                    ,          Case No. **15-08589**
_____Debtor_____                                              _____(if known)_____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions** Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| **Account No.** | | | | | | | | | |
| **Steven Poulos** **Cathco, Inc.** **9480 E. Adobe Dr.** **Scottsdale , AZ 85259** | | | **Wages, Salaries, Commissions** | | | | **$14,858.21** | **$0.00** | **$0.00** |
| | | | | | | | | | |

Sheet no. **4** of **4** continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals➤ (Totals of this page) — $ **14,858.21** | $ **0.00** | **$0.00**

Total➤ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) — $ **198,725.13**

Totals➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) — $ **168,074.52** | $ **5,000.00**

B 6F (Official Form 6F) (12/07)

In re **Sebring Management FL, LLC**                    ,          Case No. **15-08589**
                                      Debtor                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | |
| **Capital Office Products 210 Fentress Blvd Daytona Beach, FL 32114** | | | | | | | $878.55 |
| **ACCOUNT NO.** | | | | | | | |
| **Dex Imaging, Inc. 5109 W. Lemon Street Tampa, FL 33609** | | | | | | | $14.00 |
| **ACCOUNT NO.** | | | | | | | |
| **Diversified Practice Solutions, LLC 206 W. William David Pkwy Metairie, LA 70005** | | | **This claim is subject to setoff.** | | | X | $10,800.00 |
| | | | | | Subtotal▶ | $ | **11,692.55** |

__4__  continuation sheets attached

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Sebring Management FL, LLC**                    ,          Case No. **15-08589**
                        Debtor                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Dr. Dennis Buchman<br>241 Royal Tern Road N<br>Ponte Verde Beach, FL 32082 | | | | | | X | $49,031.85 |
| ACCOUNT NO.<br><br>Estate of Jan A. Simon<br>c/o Lalchandani Simon, PL<br>25 SW 2nd Avenue, Suite 1050<br>Miami, FL 33131 | | | | | | X | Unknown |
| Notes: Simon Orthopedics Centers, P.A. et al v. Sebring Management FL, LLC et al., Case No. 2015-CA-002325, Circuit Court – Sarasota County. | | | | | | | |
| ACCOUNT NO.<br><br>Hani Tadros, DDS<br>1960 East Bay Dr.<br>Largo, FL 33771 | | | Purchase Agreement | | | | $255,593.73 |
| ACCOUNT NO.<br><br>IPrint Division of Bus. Enterprises<br>P.O. Box 17691<br>Clearwater, FL 33762 | | | | | | | $415.16 |

Sheet no. __1__ of __4__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $    305,040.74

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Sebring Management FL, LLC**                        ,          Case No. **15-08589**
_____
                    **Debtor**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Jenneth E. Powell <br> 3807 W. Mauna Lea Ln. <br> Phoenix, AZ 85053 | | | Education Reimbursement per Contract | | | | $500.00 |
| ACCOUNT NO. <br><br> Link Systems, Inc.  CT <br> One Dock Street <br> Stamford, CT 06902 | | | General Services | | | | $375.00 |
| ACCOUNT NO. <br><br> MME CONSULTING, INC <br> 4714 Duckhorn Dr. <br> Sacramento, CA 95834 | | | General Services | | | | $4,212.45 |
| ACCOUNT NO. <br><br> Orthodontic Centers of Florida, Inc. <br> 3850 N CAUSEWAY BLVD, <br> Suite 800 <br> Metairie, LA 70002 | | | Services Agreement | | | X | $353,049.82 |

Notes: Orthodontic Centers of Florida, Inc. v. Shoopak, et al., American Arbitration Association Case No. 01-15-003-5325

Sheet no. __2__ of __4__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $  **358,137.27**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Sebring Management FL, LLC**_____,   Case No. **15-08589**_____
               Debtor                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Additional Contacts for Orthodontic Centers of Florida, Inc. :** | | | | | | | |
| **Orthodontic Centers of Florida, Inc.** c/o Fisher Broyles 4140 Rosell Road Attn: Milo S. Cogan **Atlanta, GA 30342** | | | | | | | |
| ACCOUNT NO. **Purchase Power** PO Box 371874 Pittsburgh, OA 15250 | | | | | | | $415.18 |
| ACCOUNT NO. **RCCI, Inc.** c/o Cushman & Wakefield Dept 6260 PO Box 511335 Los Angeles , CA 90051-7890 | | | Lease | | | | $0.00 |
| ACCOUNT NO. **ShredQuick** 8374 Market St. Bradenton, FL 34202 | | | | | | | $104.00 |

Sheet no. **3** of **4** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **519.18**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Sebring Management FL, LLC**                    ,          Case No. **15-08589**
                    **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Purchase Agreement | | | X | $925,000.00 |
| Simon Orthodontic Centers, PA 13716 SW 84th St. Kendall, FL 33183 | | | | | | | |
| Notes: Simon Orthopedics Centers, P.A. v. Sebring Management FL, LLC et al., Case No. 2015-CA-002325, Circuit Court – Sarasota County. | | | | | | | |
| ACCOUNT NO. | | | General Services | | | | $679.23 |
| Star 2 Star Communications 600 Tallevast Road, Suite 202 Sarasota, FL 34243 | | | | | | | |

Sheet no. **4** of **4** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $ **925,679.23**

Total▶  $ **1,601,068.97**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6G (Official Form 6G) (12/07)

In re  Sebring Management FL, LLC,                                    Case No.  15-08589
                                    Debtor                                                      (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Dennis Buchman<br>241 Royal Tern Road North<br>Ponte Verde Beach, FL 32082 | Description: Consulting Agreement for Dennis J.L. Buchman, D.M.D. |
| Alan Shoopak<br>14564 Eagle Pt. Dr.<br>Clearwater , FL 33762 | Description: Consulting Agreement for Alan D. Shoopak, D.M.D. |
| Alan Shoopak<br>14564 Eagle Pt. Dr.<br>Clearwater , FL 33762<br><br>Dr. Dennis Buchman<br>241 Royal Tern Road N<br>Ponte Verde Beach, ***Creditor executory additional mailing state RMC*** 32082<br><br>Alan D. Shoopak Orthodontic Group, P.A.<br>c/o Alan Shoopak<br>14564 Eagle Point Dr.<br>Clearwater , FL 33762 | Description: Continuation Agreement and Equity Pledge (multiple) - see attached Exhibit G-1. |
| Alan Shoopak<br>14564 Eagle Pt. Dr.<br>Clearwater , FL 33762<br><br>Dr. Dennis J.L. Buchman, D.M.D.<br>241 Royal Tern Road N<br>Ponte Verde Beach, FL 32082<br><br>Alan D. Shoopak Orthodontic Group, P.A.<br>c/o Alan Shoopak<br>14564 Eagle Point Dr.<br>Clearwater, FL 33762 | Description: Dental Practice Business Management Agreement  (multiple) - see attached Exhibit G-1. |

B 6G (Official Form 6G) (12/07)

In re **Sebring Management FL, LLC,**                                    Case No.  **15-08589**
_____                              _____
                    **Debtor**                                                                                    **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Landlords listed on Exhibit G-2 | Description: Lease agreements listed on Exhibit G-2, pursuant to the Agreement and Plan of Merger and other acquisition documents detailed in Exhibit B-2.<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |

# EXHIBIT G-1

Chart of Agreements

| Name of Agreement | Debtor Entity | Other Party |
|---|---|---|
| Dental Practice Business Management Agreement | Orthodontic Specialists Management, LLC | Alan D. Shoopak Orthodontic Group VIII, LLC/Aland Shoopak & Dennis Buchman |
| Continuation Agreement and Equity Pledge | Orthodontic Specialists Management, LLC | Alan Shoopak Orthodontic Group, P.A./Alan Shoopak & Dennis Buchman/ Shoopak & Barry, P.L. |
| Continuation Agreement and Equity Pledge | Orthodontic Specialists Management, LLC | Alan D. Shoopak Orthodontic Group, P.A./Alan Shoopak and Dennis Buchman and Shoopak & Kapley, P.L. |
| Continuation Agreement and Equity Pledge | Orthodontic Specialists Management, LLC | Alan D. Shoopak Orthodontic Group, P.A., Alan Shoopak & Dennis Buchman/Alan Shoopak Orthodontic Group I, LLC |
| Continuation Agreement and Equity Pledge | Orthodontic Specialists Management, LLC | Alan Shoopak Orthodontic Group, P.A./Alan Shoopak & Dennis Buchman/Alan Shoopak Orthodontic Group II, LLC |
| Continuation Agreement and Equity Pledge | Orthodontic Specialists Management, LLC | Alan Shoopak/Alan Shoopak, P.A. |
| Continuation Agreement and Equity Pledge | Orthodontic Specialists Management, LLC | Alan Shoopak & Dennis Buchman/ Alan Shoopak Orthodontic Group III, LLC |
| Continuation Agreement and Equity Pledge | Orthodontic Specialists Management, LLC | Alan Shoopak & Dennis Buchman/Alan Shoopak Orthodontic Group IV, LLC |
| Continuation Agreement and Equity Pledge | Orthodontic Specialists Management, LLC | Alan Shoopak Orthodontic Group, P.A./Alan Shoopak & Denis Buchman/Alan Shoopak Orthodontic Group V, LLC |
| Continuation Agreement and Equity Pledge | Orthodontic Specialists Management, LLC | Alan Shoopak & Dennis Buchman /Alan Shoopak Orthodontic Group VI, LLC |
| Continuation Agreement and Equity Pledge | Orthodontic Specialists Management, LLC | Alan Shoopak & Dennis Buchman/Alan Shoopak Orthodtontic Group VII, LLC |
| Continuation Agreement and Equity Pledge | Orthodontic Specialists Management, LLC | Alan Shoopak & Dennis Buchman/Alan Shoopak Orthodontic Group VIII, LLC |

| Name of Agreement | Debtor Entity | Other Party |
|---|---|---|
| Continuation Agreement and Equity Pledge | Orthodontic Specialists Management, LLC | Alan Shoopak & Dennis Buchman/Alan Shoopak Orthodontic Group VIII, LLC |
| Dental Practice Business Management Agreement | Orthodontic Specialists Management, LLC | Shoopak & Barry, P.L./Alan D. Shoopak & Dennis Buchman/Alan Shoopak Orthodontic Group, P.A. |
| Dental Practice Business Management Agreement | Orthodontic Specialists Management, LLC | Shoopak & Kapley, P.L./Alan Shoopak &Dennis Buchman/Alan Shoopak Orthodontic Group, P.A. |
| Dental Practice Business Management Agreement | Orthodontic Specialists Management, LLC | Alan Shoopak, P.A. and Alan Shoopak |
| Dental Practice Business Management Agreement | Orthodontic Specialists Management, LLC | Alan Shoopak Orthodontic Group I, LLC/Alan Shoopak Orthodontic Group, P.A./Alan Shoopak & Dennis Buchman |
| Dental Practice Business Management Agreement | Orthodontic Specialists Management, LLC | Alan Shoopak Orthodontic Group II, LLC/Aland D. Shoopak Group, P.A./Alan Shoopak & Dennis Buchman |
| Dental Practice Business Management Agreement | Orthodontic Specialists Management, LLC | Alan Shoopak Orthodontic Group III, LLC/ Alan Shoopak & Dennis Buchman |
| Dental Practice Business Management Agreement | Orthodontic Specialists Management, LLC | Alan Shoopak Orthodontic Group IV, LLC/ Alan Shoopak & Dennis Buchman |
| Dental Practice Business Management Agreement | Orthodontic Specialists Management, LLC | Alan Shoopak Orthodontic Group V, LLC/Alan Shoopak Orthodontic Group, P.A./Alan Shoopak & Dennis Buchman |

| Dental Practice Business Management Agreement | Orthodontic Specialists Management, LLC | Alan Shoopak Orthodontic Group VI, LLC/Alan Shoopak & Denis Buchman |
|---|---|---|
| Dental Practice Business Management Agreement | Orthodontic Specialists Management, LLC | Alan Shoopak Orthodontic Group VII, LLC/Alan Shoopak & Dennis Buchman |

# EXHIBIT G-2

| | | | | | | |
|---|---|---|---|---|---|---|
| 34 | 960 Immokalee Road | Orthdontic Specialists of Florida | Naples | FL | 34110 | Alan D. Shoopak, DMD, Orthodontic Group I, LLC |
| 16 | 124 E Miracle Strip Parkway | Orthodontic Specialists of Florida | Mary Esther | FL | 32569 | Shoopak & Barry, PL |
| 52 | 17401 Commerce Park Blvd. | Orthodontic Specialists of Florida | Tampa | FL | 33647 | Alan D Shoopak, DMD, Ortho Group VII, LLC |
| 23 | 1205 Baker Street W | Orthodontic Specialists of Florida | Plant City | FL | 33563 | Alan D Shoopak, DMD, Ortho Group VII, LLC |
| 12 | 34906 US Highway 19 N | Orthodontic Specialists of Florida | Palm Harbor | FL | 34684 | Alan D. Shoopak DMD Orthodontic Group PA |
| 41 | 1670 Eagle Harbor Parkway | Orthodontic Specialists of Florida | Orange Park | FL | 32003 | Shoopak and Kapley, PL |
| 27 | 1955 21st Avenue | Orthodontic Specialists of Florida | Vero Beach | FL | 32960 | Orthodontic Centers of Florida, Inc. |
| 2 | 18435 S. Dixie Hwy | | Miami | FL | 33157 | Alan D. Shoopak DMD Orthodontic Group PA |
| 14 | 5810 S. University Drive | Orthodontic Specialists of Florida | Davie | FL | 33328 | Alan D. Shoopak |
| 9 | 3221 S. Conway Road | Orthodontic Specialists of Florida | Orlando | FL | 32812 | Alan D. Shoopak DMD Orthodontic Group IV, LLC |
| 18 | 8817 Mitchell Blvd. | Orthodontic Specialists of Florida | Trinity | FL | 34655 | Alan D. Shoopak DMD Orthodontic Group PA |
| 37 | 4400 E Hwy 20 | Orthodontic Specialists of Florida | Niceville | FL | 32578 | Alan D. Shoopak DMD Orthodontic Group PA |
| 6 | 1085 N. John Young Parkway | Orthodontic Specialists of Florida | Kissimmee | FL | 34741 | Orthdontic Specialists Management, LLC |
| 21 | 2099 Palm Bay Road NE | Orthodontic Specialists of Florida | Palm Bay | FL | 32905 | Alan D. Shoopak DMD Orthodontic Group PA |
| 45 | 2740 SW 97th Avenue | Simon Orthodontic Center | Miami | FL | 33165 | Sebring Management FL, LLC |
| 28 | 13716 SW 84th Street | Simon Orthodontics | Miami | FL | 33183 | Sebring Management FL, LLC |
| 32 | 1960 East Bay Drive | IGCD of Tampa Bay | Largo | FL | 33771 | Alan D. Shoopak DMD Orthodontic Group PA |
| ~~49~~ | ~~8570 E. Shea Blvd~~ | ~~North Scottsdale Family Dentistry~~ | ~~Scottsdale~~ | ~~AZ~~ | ~~85260~~ | ~~Sebring Dental Arizona LLC~~ |
| 33 | 16010 NW 57th Avenue | Orthodontic Specialists of Miami Lakes Florida | Miami Lakes | FL | 33014 | Alan D. Shoopak DMD Orthodontic Group PA |
| ~~43~~ | ~~4500 E. Shea Drive~~ | ~~Alexander Aesthetics~~ | ~~Phoenix~~ | ~~AZ~~ | ~~85050~~ | ~~Bryan J. Edgecomb PLLC~~ |
| ~~44~~ | ~~6120 W. Bell Rd.~~ | ~~Image Dentistry of Glendale~~ | ~~Glendale~~ | ~~AZ~~ | ~~85308~~ | ~~Jennifer Goodwin~~ |
| 46 | 13535 Feather Sound Drive | Sebring Management | Clearwater | FL | 33762 | Sebring Management |

# All Leases

Filtering: Lease Category = Our Leases (Direct and Sublease) And Ls Expiration >=9/1/2015 And Ls Status = Active

| Prim Lease Code | Property Street Address 1 | Property Name | Property City | Property State / Prv | Property Zip | Lessee |
|---|---|---|---|---|---|---|
| 17 | 11512 Lake Mead Avenue | Orthodontic Specialists of Florida | Jacksonville | FL | 32256 | Shoopak and Kapley, PL |
| 5 | 4740 Cleveland Heights Blvd. | Orthodontic Specialists of Florida | Lakeland | FL | 33813 | Alan D. Shoopak DMD Orthodontic Group PA |
| 8 | 9965 San Jose Blvd. | Orthodontic Specialists of Florida | Jacksonville | FL | 32257 | Alan D. Shoopak D.M.D., Orthodontic Group, IV, LLC |
| 39 | 13129 H North Dale Mabry Hwy. | Orthodontic Specialists of Florida | Tampa | FL | 33618 | Alan D. Shoopak DMD Orthodontic Group PA |
| 13 | 2488 W Brandon Blvd | Orthodontic Specialists of Florida | Brandon | FL | 33511 | Alan D. Shoopak DMD Orthodontic Group PA |
| 3 | 3611 East 1st Street | | Bradenton | FL | 34208 | Alan D. Shoopak DMD Orthodontic Group V, LLC |
| 15 | 7091 College Parkway | Orthodontic Specialists of Florida | Fort Myers | FL | 33907 | Alan D. Shoopak, DMD, Orthodontic Group I, LLC |
| 10 | 1074 Spring Lake Square | Orthodontic Specialists of Florida | Winter Haven | FL | 33881 | Alan D. Shoopak DMD Orthodontic Group PA |
| 7 | 6311 4th Street North | Orthodontic Specialists of Florida | St. Petersburg | FL | 33702 | Dr. Alan Shoopak |
| 53 | 1960 East Bay Drive | Orthodontic Specialists of Florida | Largo | FL | 33771 | Alan D. Shoopak, DMD, Orthodontic Group PA |
| 20 | 6061 St. John's Avenue | Orthodontic Specialists of Florida | Palatka | FL | 32177 | Shoopak and Kapley, PL |
| 49 | 1904 S. Dale Mabry Hwy | Orthodontic Specialists of Florida | Tampa | FL | 33629 | Alan D. Shoopak DMD Orthodontic Group PA |
| 24 | 1900 Tamiami Trail | Orthodontic Specialists of Florida | Port Charlotte | FL | 33948 | Alan D. Shoopak DMD Orthodontic Group IV, LLC |
| 42 | 8740 N. Kendall Drive | Orthodontic Specialists of Florida | Miami | FL | 33176 | Alan D. Shoopak DMD Orthodontic Group II, LLC |

| | | | | | |
|---|---|---|---|---|---|
| 48 | 4400 Bayou Blvd. | Orthodontic Specialists of Pensacola Florida | FL | 32503 | Shoopak & Barry, PL |
| 54 | 1400 Cattlemen Road | Sebring Software | Sarasota | FL | 34232 | Sebring Software |
| | 701 Sebastian Blvd. | Orthodontic Specialists of Sebastian Florida | FL | 32958 | Alan D. Shoopak, DMD, Orthodontic Group IV, LLC |
| 55 | 434 North Halifax Avenue | Orthodontic Specialists of Daytona Beach Florida | FL | 32118 | Alan D. Shoopak DMD Orthodontic Group PA |
| 56 | 12920 Cortez Blvd. | Orthodontic Specialists of Spring Hill Florida | FL | 34609 | Alan D Shoopak, DMD, Ortho Group VII, LLC |

**Report Total:**

This copy of the ProLease Lease Administration Database is licensed to Sebring Management

B 6H (Official Form 6H) (12/07)

**In re** **Sebring Management FL, LLC,**      **Case No.** **15-08589**
       **Debtor**              **(if known)**

# SCHEDULE H - CODEBTORS

  Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

  ☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Sebring Software, Inc.<br>1400 Cattlemen Road, #101<br>Sarasota, FL 34232<br><br>Sebring Dental of Arizona, LLC<br>1747 E MORTEN AVE, STE 202<br>Phoenix, AZ 85020<br><br>AAR Acquisition, LLC<br>1747 E MORTEN AVE STE 202<br>Phoenix, AZ 85020 | MidMarket Capital Partners, LLC, as Agent<br>301 E. Fourth St., 27th Floor<br>Cincinnati, OH 45202, FL 45202 |

In re **Sebring Management FL, LLC** _____ ,    Case No. **15-08589** _____

Debtor                                                                                                (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____                    Signature: _____

                                                                                          Debtor

Date _____                    Signature: _____

                                                                                          (Joint Debtor, if any)

[If joint case, both spouses must sign.]

-----------------------------------------------------------------------------------------------------
### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any, _____       Social Security No. _____
of Bankruptcy Petition Preparer                                              *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____                     _____
Signature of Bankruptcy Petition Preparer                                        Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*
-----------------------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **See Attachment 1** [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the **Sebring Management FL, LLC** [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **28** sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date **09/17/15** _____                    Signature: _____

                                                                          **See Attachment 2** _____
                                                                          [Print or type name of individual signing on behalf of debtor.]
                                                                          **Leif W. Andersen, Chief Executive Officer**

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# Attachment

**Attachment 1**

    **Leif W. Andersen, Chief Executive Officer of Sebring Software, Inc. which is the Sole Manager of Sebring Management FL, LLC**

**Attachment 2**

    **Leif W. Andersen, Chief Executive Officer of Sebring Software, Inc. which is the Sole Manager of Sebring Management FL, LLC**

B 7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

In re: Sebring Management FL, LLC                          Case No 15-08589
_____                          _____
              Debtor                                              (if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                          SOURCE

Debtor:
            Current Year (2015):
            $12,054,620.16                    Combined gross revenues (All Debtors) (as of July 31,
                                              2015)


            Previous Year 1 (2014):

2

$21,320,909.45                              Combined gross revenues (All Debtors)

Previous Year 2 (2013):
$9,138,016.00                              Combined gross revenues (All Debtors)

Joint Debtor:
        N/A


**2. Income other than from employment or operation of business**

None
☒          State the amount of income received by the debtor other than from employment, trade, profession, operation of the
           debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a
           joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13
           must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint
           petition is not filed.)

                      AMOUNT                              SOURCE


---

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None
☒          a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of
           goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of
           this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600.
           Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or
           as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling
           agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses
           whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

           NAME AND ADDRESS OF CREDITOR          DATES OF        AMOUNT          AMOUNT
                                                 PAYMENTS        PAID            STILL OWING


None
☐          b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made
           within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that
           constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*)
           any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative
           repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors
           filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or
           not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

           NAME AND ADDRESS OF CREDITOR          DATES OF        AMOUNT          AMOUNT
                                                 PAYMENTS/       PAID OR         STILL
                                                 TRANSFERS       VALUE OF        OWING
                                                                 TRANSFERS


        Debtor:
        See attached Exhibit S-1
        ***Payment dtr noncons 90 day cred address RTE***

---

* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date
of adjustment.*

3

None
☐

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Debtor: 9P 14564 Eagle Pt. Dr. Clearwater , Florida 33762 Relationship to Debtor: ***Payment dtr 1 yr relationship type RMC*** | See attached Exhibit S-2 | $791,998.36 | ***Payment dtr 1 yr amount still owing NU*** |
| Dr. Dennis Buchman 241 Royal Tern Road N Ponte Verde Beach, FL 32082 Relationship to Debtor: ***Payment dtr 1 yr relationship type RMC*** | See attached Exhibit S-2 | $100,231.75 | ***Payment dtr 1 yr amount still owing NU*** |

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Debtor: Simon Orthodontic Centers, P.A. and the Estate of Jan A. Simon v. Sebring Management Fl, LLC et al. Case Number: 2015- CA-002325 | Breach of Contract | Sarasota County Circuit Court | Pending |

None
☒

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5. Repossessions, foreclosures and returns**

None
☒

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case.

4

(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

### 6. Assignments and receiverships

None
☒

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
☒

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

### 7. Gifts

None
☒

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

### 8. Losses

None
☒

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION | DESCRIPTION OF CIRCUMSTANCES AND, IF |
|---|---|

| AND VALUE OF PROPERTY | LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Debtor: | | |
| Shumaker, Loop & Kendrick, LLP | 8/13/15 | $40,000.00 |
| 101 E. Kennedy Blvd, Suite 2800 | 8/14/15 | $15,000.00 |
| Tampa , Fl 33602 | 8/18/15 | $125,000.00 |
| | | Retainer |

---

**10. Other transfers**

None ☒

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ☒

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

**11. Closed financial accounts**

None ☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | TYPE OF ACCOUNT, LAST FOUR | AMOUNT AND |
|---|---|---|

6

| NAME AND ADDRESS<br>OF INSTITUTION | DIGITS OF ACCOUNT NUMBER,<br>AND AMOUNT OF FINAL<br>BALANCE | DATE OF SALE<br>OR CLOSING |
|---|---|---|

---

**12. Safe deposit boxes**

None
☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF BANK OR<br>OTHER DEPOSITORY | NAMES AND ADDRESSES<br>OF THOSE WITH ACCESS<br>TO BOX OR DEPOSITORY | DESCRIPTION<br>OF<br>CONTENTS | DATE OF<br>TRANSFER<br>OR SURRENDER,<br>IF ANY |
|---|---|---|---|

---

**13. Setoffs**

None
☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF<br>SETOFF | AMOUNT<br>OF SETOFF |
|---|---|---|

---

**14. Property held for another person**

None
☒

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS<br>OF OWNER | DESCRIPTION AND<br>VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

---

**15. Prior address of debtor**

None
☒

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information**.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites. "

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☒

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☒

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

8

None
☐  a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Debtor: Sebring Management FL, LLC | / 80-0914323 | 13535 Feather Sound Drive Suite 100 Clearwater , Florida 33762 | Dental Practice Mangement Services | Beginning Date: 4/26/2013 Ending Date: N/A |

None
☒  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                          ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements

None
☐  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                    DATES SERVICES RENDERED

Debtor:
Rob Moore
2470 Hickman Circle
Clearwater, Florida 33761

9

Allen Barberio
7448 Monte Verde
Sarasota , Florida 34238

Larry Colton
6208 Imperial Key
Tampa, Florida 33615

Scott Reynolds
14067 Lake Point Dr.
Clearwater , Florida 33762

Howard & Company of Sarasota, Inc.                                  2013
1400 Cattlement Rd, Suite A
Sarasota, Florida 34232

None
☐     b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy
      case have audited the books of account and records, or prepared a financial statement of the debtor.

      NAME                          ADDRESS                     DATES SERVICES RENDERED

      Debtor:
      Salberg & Company, P.A.       2295 Corporate Blvd NW #240
                                    Boca Raton , Florida 33431

None
☒     c. List all firms or individuals who at the time of the commencement of this case were in possession of the
      books of account and records of the debtor. If any of the books of account and records are not available, explain.

      NAME                          ADDRESS

      Debtor:
      N/A

None
☐     d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a
      financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

      NAME AND ADDRESS                            DATE ISSUED

      Debtor:
      Midmarket Capital Partners, LLC             monthly
      301 E. Fourth Street, 27th Floor
      Cincinati, Ohio 45202

---

**20. Inventories**

None
☒     a. List the dates of the last two inventories taken of your property, the name of the person who supervised the
      taking of each inventory, and the dollar amount and basis of each inventory.

                                                               DOLLAR AMOUNT
                                                               OF INVENTORY
                                                               (Specify cost, market or other
      DATE OF INVENTORY             INVENTORY SUPERVISOR        basis)

      Debtor:
      N/A

None ☒   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

|  | NAME AND ADDRESSES OF CUSTODIAN |
|---|---|
| DATE OF INVENTORY | OF INVENTORY RECORDS |

Debtor:
N/A

---

### 21. Current Partners, Officers, Directors and Shareholders

None ☒   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| N/A | | |

None ☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Sebring Software, Inc. 1400 Cattlemen Rd, Suite 101 Sarasota, Florida 34232 | | 100 |

---

### 22. Former partners, officers, directors and shareholders

None ☒   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|
| N/A | | |

None ☒   b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| N/A | | |

---

### 23 . Withdrawals from a partnership or distributions by a corporation

None ☒   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS | AMOUNT OF MONEY |
|---|---|

| OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None
☒

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION          TAXPAYER-IDENTIFICATION NUMBER (EIN)

N/A

---

**25. Pension Funds.**

None
☒

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND          TAXPAYER-IDENTIFICATION NUMBER (EIN)

N/A

* * * * * *

---

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  09/17/15                    Signature

Print Name
and Title

Leif Andersen, Chief Executive Officer of Sebring Software, Inc. which is the Sole Manager of Sebring Management FL, LLC

0 continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# EXHIBIT S-1

## Sebring Operating Companies
## Transaction Detail by Account
### May 25 through August 23, 2015

| Name | Name Address | Date | Received/Refund | Paid to Vendor |
|---|---|---|---|---|
| 3M Unitek | FILE #56561 Los Angeles, CA 90074-6561 | 06/02/2015 | | 2,254.42 |
| 3M Unitek | FILE #56561 Los Angeles, CA 90074-6561 | 06/03/2015 | | 220.95 |
| 3M Unitek | FILE #56561 Los Angeles, CA 90074-6561 | 06/10/2015 | | 2,520.51 |
| 3M Unitek | FILE #56561 Los Angeles, CA 90074-6561 | 06/15/2015 | | 126.07 |
| 3M Unitek | FILE #56561 Los Angeles, CA 90074-6561 | 06/18/2015 | | 2,316.76 |
| 3M Unitek | FILE #56561 Los Angeles, CA 90074-6561 | 07/16/2015 | | 1,364.82 |
| 3M Unitek | FILE #56561 Los Angeles, CA 90074-6561 | 07/24/2015 | | 169.71 |
| 3M Unitek | FILE #56561 Los Angeles, CA 90074-6561 | 07/30/2015 | | 3,413.90 |
| 3M Unitek | FILE #56561 Los Angeles, CA 90074-6561 | 08/06/2015 | 0.00 | |
| | | | 0.00 | 12,387.14 |
| 512 Commerce Center, LLC | 745 Commerce Center Drive Sebastian, FL 32958 | 07/24/2015 | | 2,217.30 |
| 512 Commerce Center, LLC | 745 Commerce Center Drive Sebastian, FL 32958 | 07/31/2015 | | 2,172.30 |
| 512 Commerce Center, LLC | 745 Commerce Center Drive Sebastian, FL 32958 | 07/31/2015 | | 2,127.30 |
| 512 Commerce Center, LLC | 745 Commerce Center Drive Sebastian, FL 32958 | 08/11/2015 | | 45.00 |
| | | | 0.00 | 6,561.90 |
| Aetna | P.O. Box 14094 Lexington, KY 40512-4079 | 05/27/2015 | | 481.43 |
| Aetna | P.O. Box 14094 Lexington, KY 40512-4079 | 06/01/2015 | | 47,092.91 |
| Aetna | P.O. Box 14094 Lexington, KY 40512-4079 | 06/23/2015 | | 49.17 |
| Aetna | P.O. Box 14094 Lexington, KY 40512-4079 | 06/25/2015 | | 194.77 |
| Aetna | P.O. Box 14094 Lexington, KY 40512-4079 | 07/02/2015 | | 475.75 |
| Aetna | P.O. Box 14094 Lexington, KY 40512-4079 | 07/07/2015 | | 36,098.54 |
| Aetna | P.O. Box 14094 Lexington, KY 40512-4079 | 07/30/2015 | | 103.08 |
| Aetna | P.O. Box 14094 Lexington, KY 40512-4079 | 07/30/2015 | | 848.47 |
| Aetna | P.O. Box 14094 Lexington, KY 40512-4079 | 08/01/2015 | 132.63 | |
| | | | 132.63 | 85,344.12 |
| Akre, LLC | P.O. Box 22 East Palatka, FL 32131 | 07/13/2015 | | 3,445.66 |
| Akre, LLC | P.O. Box 22 East Palatka, FL 32131 | 07/13/2015 | | 3,445.66 |
| Akre, LLC | P.O. Box 22 East Palatka, FL 32131 | 08/03/2015 | | 1,722.83 |
| | | | 0.00 | 8,614.15 |

# Sebring Operating Companies
## Transaction Detail by Account
### May 25 through August 23, 2015

| Name | Name Address | Date | Received/Refund | Paid to Vendor |
|------|-------------|------|-----------------|----------------|
| Alan D. Shoopak DMD | 14564 Eagle Point Dr. Clearwater, FL 33762 | 06/12/2015 | | 21,250.81 |
| Alan D. Shoopak DMD | 14564 Eagle Point Dr. Clearwater, FL 33762 | 06/26/2015 | | 21,250.81 |
| Alan D. Shoopak DMD | 14564 Eagle Point Dr. Clearwater, FL 33762 | 07/02/2015 | | 346.58 |
| Alan D. Shoopak DMD | 14564 Eagle Point Dr. Clearwater, FL 33762 | 07/10/2015 | | 21,250.81 |
| Alan D. Shoopak DMD | 14564 Eagle Point Dr. Clearwater, FL 33762 | 07/24/2015 | | 21,250.81 |
| Alan D. Shoopak DMD | 14564 Eagle Point Dr. Clearwater, FL 33762 | 08/07/2015 | | 21,250.81 |
| | | | 0.00 | 106,600.63 |
| Align Technology, Inc. | P.O. Box 742531 Los Angeles, CA 90074-2531 | 06/02/2015 | | 11,543.00 |
| Align Technology, Inc. | P.O. Box 742531 Los Angeles, CA 90074-2531 | 08/06/2015 | | 58.90 |
| Align Technology, Inc. | P.O. Box 742531 Los Angeles, CA 90074-2531 | 08/10/2015 | | 1,100.74 |
| Align Technology, Inc. | P.O. Box 742531 Los Angeles, CA 90074-2531 | 08/17/2015 | | |
| | | | 0.00 | 12,643.74 |
| American Express | PO Box 650448 Dallas, TX 75265-0448 | 06/02/2015 | | 23.85 |
| American Express | PO Box 650448 Dallas, TX 75265-0448 | 06/05/2015 | | 3.38 |
| American Express | PO Box 650448 Dallas, TX 75265-0448 | 06/05/2015 | | 4.31 |
| American Express | PO Box 650448 Dallas, TX 75265-0448 | 06/05/2015 | | 113.49 |
| American Express | PO Box 650448 Dallas, TX 75265-0448 | 06/05/2015 | | 10.33 |
| American Express | PO Box 650448 Dallas, TX 75265-0448 | 06/05/2015 | | 5.69 |
| American Express | PO Box 650448 Dallas, TX 75265-0448 | 06/05/2015 | | 271.32 |
| American Express | PO Box 650448 Dallas, TX 75265-0448 | 06/23/2015 | | 30,000.00 |
| American Express | PO Box 650448 Dallas, TX 75265-0448 | 06/25/2015 | | 58.90 |
| American Express | PO Box 650448 Dallas, TX 75265-0448 | 06/25/2015 | | 40,000.00 |
| American Express | PO Box 650448 Dallas, TX 75265-0448 | 06/26/2015 | | 40,522.92 |
| American Express | PO Box 650448 Dallas, TX 75265-0448 | 07/02/2015 | | 23.85 |
| American Express | PO Box 650448 Dallas, TX 75265-0448 | 07/06/2015 | | 3.38 |
| American Express | PO Box 650448 Dallas, TX 75265-0448 | 07/06/2015 | | 31.56 |
| American Express | PO Box 650448 Dallas, TX 75265-0448 | 07/06/2015 | | 10.33 |
| American Express | PO Box 650448 Dallas, TX 75265-0448 | 07/06/2015 | | 4.10 |
| American Express | PO Box 650448 Dallas, TX 75265-0448 | 07/06/2015 | | 265.22 |
| American Express | PO Box 650448 Dallas, TX 75265-0448 | 07/17/2015 | | 50,000.00 |

## Sebring Operating Companies
## Transaction Detail by Account
### May 25 through August 23, 2015

| Name | Name Address | Date | Received/Refund | Paid to Vendor |
|------|-------------|------|-----------------|----------------|
| American Express | PO Box 650448 Dallas, TX 75265-0448 | 07/20/2015 | | 56,221.93 |
| American Express | PO Box 650448 Dallas, TX 75265-0448 | 07/20/2015 | | 77.54 |
| American Express | PO Box 650448 Dallas, TX 75265-0448 | 07/21/2015 | | 5,000.00 |
| American Express | PO Box 650448 Dallas, TX 75265-0448 | 07/28/2015 | | 253.45 |
| American Express | PO Box 650448 Dallas, TX 75265-0448 | 08/03/2015 | | 2,500.00 |
| American Express | PO Box 650448 Dallas, TX 75265-0448 | 08/03/2015 | | 23.85 |
| American Express | PO Box 650448 Dallas, TX 75265-0448 | 08/05/2015 | | 3.38 |
| American Express | PO Box 650448 Dallas, TX 75265-0448 | 08/05/2015 | | 4.31 |
| American Express | PO Box 650448 Dallas, TX 75265-0448 | 08/05/2015 | | 88.04 |
| American Express | PO Box 650448 Dallas, TX 75265-0448 | 08/05/2015 | | 24.51 |
| American Express | PO Box 650448 Dallas, TX 75265-0448 | 08/05/2015 | | 13.57 |
| American Express | PO Box 650448 Dallas, TX 75265-0448 | 08/05/2015 | | 696.69 |
| American Express | PO Box 650448 Dallas, TX 75265-0448 | 08/07/2015 | | 20,000.00 |
| American Express | PO Box 650448 Dallas, TX 75265-0448 | 08/11/2015 | | 2,000.00 |
| American Express | PO Box 650448 Dallas, TX 75265-0448 | 08/12/2015 | | 27,665.45 |
| | | | 0.00 | 275,925.35 |
| American Orthodontic Corporation | P.O. Box 109 Milwaukee, WI 53278-0109 | 06/10/2015 | | 13,441.42 |
| American Orthodontic Corporation | P.O. Box 109 Milwaukee, WI 53278-0109 | 06/10/2015 | | 9,569.32 |
| American Orthodontic Corporation | P.O. Box 109 Milwaukee, WI 53278-0109 | 06/18/2015 | | 12,623.30 |
| American Orthodontic Corporation | P.O. Box 109 Milwaukee, WI 53278-0109 | 06/25/2015 | | 6,028.17 |
| American Orthodontic Corporation | P.O. Box 109 Milwaukee, WI 53278-0109 | 07/02/2015 | | 6,935.76 |
| American Orthodontic Corporation | P.O. Box 109 Milwaukee, WI 53278-0109 | 07/16/2015 | | 10,916.93 |
| American Orthodontic Corporation | P.O. Box 109 Milwaukee, WI 53278-0109 | 07/24/2015 | | 1,476.28 |
| American Orthodontic Corporation | P.O. Box 109 Milwaukee, WI 53278-0109 | 07/30/2015 | | 14,269.98 |
| American Orthodontic Corporation | P.O. Box 109 Milwaukee, WI 53278-0109 | 08/06/2015 | | |
| | | | 0.00 | 75,261.16 |
| AOA Ortho Lab | 14341 Collection Center Dr Chicago, IL 60693-0143 | 06/08/2015 | | 4,024.80 |
| AOA Ortho Lab | 14341 Collection Center Dr Chicago, IL 60693-0143 | 07/02/2015 | | 2,232.65 |
| AOA Ortho Lab | 14341 Collection Center Dr Chicago, IL 60693-0143 | 07/16/2015 | | 818.10 |
| AOA Ortho Lab | 14341 Collection Center Dr Chicago, IL 60693-0143 | 07/24/2015 | | 1,298.85 |
| AOA Ortho Lab | 14341 Collection Center Dr Chicago, IL 60693-0143 | 08/04/2015 | | 495.00 |

# Sebring Operating Companies
## Transaction Detail by Account
### May 25 through August 23, 2015

| Name | Name Address | Date | Received/Refund | Paid to Vendor |
|---|---|---|---|---|
| | | | 0.00 | 8,869.40 |
| Bank of America | | 05/27/2015 | | 50.00 |
| Bank of America | | 05/28/2015 | | 134.00 |
| Bank of America | | 06/03/2015 | | 11,628.78 |
| Bank of America | | 06/05/2015 | | 269.00 |
| Bank of America | | 06/09/2015 | | 1,012.00 |
| Bank of America | | 06/10/2015 | | 545.00 |
| Bank of America | | 06/11/2015 | | 407.00 |
| Bank of America | | 06/12/2015 | | 36,854.53 |
| Bank of America | | 06/12/2015 | | 483.00 |
| Bank of America | | 06/15/2015 | | 1,116.00 |
| Bank of America | | 06/15/2015 | | 9,782.12 |
| Bank of America | | 06/16/2015 | | 132.00 |
| Bank of America | | 06/18/2015 | | 206.40 |
| Bank of America | | 06/19/2015 | | 139.00 |
| Bank of America | | 06/23/2015 | | 3,576.49 |
| Bank of America | | 06/24/2015 | | 349.78 |
| Bank of America | | 06/25/2015 | | 500.00 |
| Bank of America | | 06/26/2015 | | 500.00 |
| Bank of America | | 06/30/2015 | | 23.00 |
| Bank of America | | 07/01/2015 | | 148.30 |
| Bank of America | | 07/01/2015 | | 1,759.58 |
| Bank of America | | 07/01/2015 | | 200.00 |
| Bank of America | | 07/01/2015 | | 100.00 |
| Bank of America | | 07/03/2015 | | 11,975.11 |
| Bank of America | | 07/03/2015 | | 1,449.34 |
| Bank of America | | 07/06/2015 | | 4.31 |
| Bank of America | | 07/07/2015 | | 200.00 |
| Bank of America | | 07/07/2015 | | 356.00 |
| Bank of America | | 07/08/2015 | | 74.27 |
| Bank of America | | 07/09/2015 | | 3,229.70 |
| Bank of America | | 07/10/2015 | | 42,418.57 |
| Bank of America | | 07/10/2015 | | 999.00 |

# Sebring Operating Companies
## Transaction Detail by Account
### May 25 through August 23, 2015

| Name | Address | Date | Received/Refund | Paid to Vendor |
|---|---|---|---|---|
| Bank of America | | 07/13/2015 | | 127.50 |
| Bank of America | | 07/13/2015 | | 471.00 |
| Bank of America | | 07/14/2015 | | 1,065.00 |
| Bank of America | | 07/15/2015 | | 9,811.64 |
| Bank of America | | 07/16/2015 | | 2,680.75 |
| Bank of America | | 07/17/2015 | | 255.00 |
| Bank of America | | 07/20/2015 | | 100.00 |
| Bank of America | | 07/22/2015 | | 227.00 |
| Bank of America | | 07/23/2015 | | 36.00 |
| Bank of America | | 07/27/2015 | | 122.54 |
| Bank of America | | 07/28/2015 | | 309.00 |
| Bank of America | | 07/29/2015 | | 325.00 |
| Bank of America | | 07/30/2015 | | 46.88 |
| Bank of America | | 07/31/2015 | | 538.54 |
| Bank of America | | 08/03/2015 | | 11,710.60 |
| Bank of America | | 08/05/2015 | | 161.00 |
| Bank of America | | 08/06/2015 | | 199.00 |
| Bank of America | | 08/07/2015 | | 673.60 |
| Bank of America | | 08/10/2015 | | 166.00 |
| Bank of America | | 08/11/2015 | | 495.00 |
| Bank of America | | 08/12/2015 | | 740.00 |
| Bank of America | | 08/13/2015 | | 27,384.95 |
| Bank of America | | 08/13/2015 | | 1,273.00 |
| Bank of America | | 08/14/2015 | | 487.50 |
| Bank of America | | 08/17/2015 | | 216.00 |
| Bank of America | | 08/17/2015 | | 9,116.49 |
| Bank of America | | 08/18/2015 | | 583.84 |
| Bank of America | | 08/19/2015 | | 10,000.00 |
| Bank of America | | 08/21/2015 | | 250.00 |
| | | | 0.00 | 209,995.11 |
| Capital Office Products | 210 Fentress Blvd. Daytona Beach, FL 32114 | 06/03/2015 | | 1,572.29 |
| Capital Office Products | 210 Fentress Blvd. Daytona Beach, FL 32114 | 06/10/2015 | | 1,051.65 |

## Sebring Operating Companies
## Transaction Detail by Account
### May 25 through August 23, 2015

| Name | Name Address | Date | Received/Refund | Paid to Vendor |
|---|---|---|---|---|
| Capital Office Products | 210 Fentress Blvd  Daytona Beach, FL 32114 | 06/18/2015 | | 822.62 |
| Capital Office Products | 210 Fentress Blvd  Daytona Beach, FL 32114 | 06/25/2015 | | 771.02 |
| Capital Office Products | 210 Fentress Blvd  Daytona Beach, FL 32114 | 07/02/2015 | | 98.73 |
| Capital Office Products | 210 Fentress Blvd  Daytona Beach, FL 32114 | 07/24/2015 | | 173.03 |
| Capital Office Products | 210 Fentress Blvd  Daytona Beach, FL 32114 | 07/30/2015 | | 1,217.38 |
| Capital Office Products | 210 Fentress Blvd  Daytona Beach, FL 32114 | 07/30/2015 | | 1,753.34 |
| Capital Office Products | 210 Fentress Blvd  Daytona Beach, FL 32114 | 08/06/2015 | 0.00 | |
| | | | 0.00 | 7,460.06 |
| Cathco, Inc. | 9484 East  Adobe Drive Scottsdale, AZ 85255 | 07/02/2015 | 0.00 | |
| Cathco, Inc. | 9484 East  Adobe Drive Scottsdale, AZ 85255 | 07/02/2015 | | 7,245.00 |
| Cathco, Inc. | 9484 East  Adobe Drive Scottsdale, AZ 85255 | 07/08/2015 | | 7,245.00 |
| Cathco, Inc. | 9484 East  Adobe Drive Scottsdale, AZ 85255 | 07/31/2015 | | 7,245.00 |
| | | | 0.00 | 21,735.00 |
| CDB, LLC | 241 Royal Tern Rd.  N.  Ponte Vedra Beach, FL 32082 | 06/17/2015 | | 2,726.09 |
| CDB, LLC | 241 Royal Tern Rd.  N.  Ponte Vedra Beach, FL 32082 | 07/15/2015 | | 2,726.09 |
| CDB, LLC | 241 Royal Tern Rd.  N.  Ponte Vedra Beach, FL 32082 | 07/31/2015 | | 2,726.09 |
| | | | 0.00 | 8,178.27 |
| Contractors 911 | 2225 W 78th St Hialeah, FL 33016 | 07/20/2015 | 0.00 | |
| | | | 0.00 | 25,268.00 |
| | | | | 25,268.00 |
| Conway Professional Arts, LLC | 3221 S.  Conway Rd.  Suite C Orlando, FL 32812 | 06/03/2015 | | 4,410.00 |
| Conway Professional Arts, LLC | 3221 S.  Conway Rd.  Suite C Orlando, FL 32812 | 07/24/2015 | | 4,260.00 |
| Conway Professional Arts, LLC | 3221 S.  Conway Rd.  Suite C Orlando, FL 32812 | 07/27/2015 | | 150.00 |
| Conway Professional Arts, LLC | 3221 S.  Conway Rd.  Suite C Orlando, FL 32812 | 07/30/2015 | 4,410.00 | |
| Conway Professional Arts, LLC | 3221 S.  Conway Rd.  Suite C Orlando, FL 32812 | 07/30/2015 | | 4,410.00 |
| Conway Professional Arts, LLC | 3221 S.  Conway Rd.  Suite C Orlando, FL 32812 | 08/03/2015 | | 2,130.00 |
| Conway Professional Arts, LLC | 3221 S.  Conway Rd.  Suite C Orlando, FL 32812 | 08/11/2015 | | 2,130.00 |
| | | | 4,410.00 | 17,490.00 |
| CS College Parkway, LLC | PO Box 8084 Dept 203092 Ft. Lauderdale, FL  33310-8084 | 07/24/2015 | | 5,466.21 |

**Sebring Operating Companies**
**Transaction Detail by Account**
**May 25 through August 23, 2015**

| Name | Name Address | Date | Received/Refund | Paid to Vendor |
|---|---|---|---|---|
| CS College Parkway, LLC | PO Box 8084 Dept 203092 Ft Lauderdale, FL 33310-8084 | 07/30/2015 | 0.00 | |
| CS College Parkway, LLC | PO Box 8084 Dept 203092 Ft Lauderdale, FL 33310-8084 | 07/30/2015 | | 2,609.99 |
| CS College Parkway, LLC | PO Box 8084 Dept 203092 Ft Lauderdale, FL 33310-8084 | 08/11/2015 | | 2,609.99 |
| | | | 0.00 | 10,686.19 |
| | | | | |
| Daniel Barry | 2938 Golden Eagle Drive East Tallahassee, FL 32312 | 06/01/2015 | | 4,646.25 |
| Daniel Barry | 2938 Golden Eagle Drive East Tallahassee, FL 32312 | 07/20/2015 | | 4,646.25 |
| Daniel Barry | 2938 Golden Eagle Drive East Tallahassee, FL 32312 | 07/27/2015 | | 5,126.06 |
| Daniel Barry | 2938 Golden Eagle Drive East Tallahassee, FL 32312 | 07/31/2015 | | 5,126.06 |
| Daniel Barry | 2938 Golden Eagle Drive East Tallahassee, FL 32312 | 08/03/2015 | | 4,646.25 |
| Daniel Barry | 2938 Golden Eagle Drive East Tallahassee, FL 32312 | 08/17/2015 | 0.00 | |
| Daniel Barry | 2938 Golden Eagle Drive East Tallahassee, FL 32312 | 08/17/2015 | 0.00 | |
| | | | 0.00 | 24,190.87 |
| | | | | |
| Dennis Buchman DMD | 241 ROYAL TERN ROAD NORTH PONTE VEDRA BEACH, FL 3 | 06/12/2015 | | 17,307.69 |
| Dennis Buchman DMD | 241 ROYAL TERN ROAD NORTH PONTE VEDRA BEACH, FL 3 | 06/26/2015 | | 17,307.69 |
| Dennis Buchman DMD | 241 ROYAL TERN ROAD NORTH PONTE VEDRA BEACH, FL 3 | 07/10/2015 | | 17,307.69 |
| Dennis Buchman DMD | 241 ROYAL TERN ROAD NORTH PONTE VEDRA BEACH, FL 3 | 07/24/2015 | | 17,307.69 |
| Dennis Buchman DMD | 241 ROYAL TERN ROAD NORTH PONTE VEDRA BEACH, FL 3 | 08/07/2015 | | 17,307.69 |
| | | | 0.00 | 86,538.45 |
| | | | | |
| Desoto Properties, LLC | 506 S. Dixie Highway Hallandale, FL 33009 | 06/08/2015 | | 4,821.37 |
| Desoto Properties, LLC | 506 S. Dixie Highway Hallandale, FL 33009 | 07/07/2015 | | 4,938.13 |
| Desoto Properties, LLC | 506 S. Dixie Highway Hallandale, FL 33009 | 08/01/2015 | 576.53 | |
| Desoto Properties, LLC | 506 S. Dixie Highway Hallandale, FL 33009 | 08/12/2015 | | 10,370.07 |
| | | | 576.53 | 20,129.57 |
| | | | | |
| Discus Dental | PO Box 847632 Dallas, TX 75284-7632 | 06/02/2015 | | 11,078.51 |
| Discus Dental | PO Box 847632 Dallas, TX 75284-7632 | 06/30/2015 | 0.00 | |
| Discus Dental | PO Box 847632 Dallas, TX 75284-7632 | 07/01/2015 | 0.00 | |
| Discus Dental | PO Box 847632 Dallas, TX 75284-7632 | 07/29/2015 | | 12,600.41 |
| Discus Dental | PO Box 847632 Dallas, TX 75284-7632 | 08/10/2015 | 12,600.41 | |
| Discus Dental | PO Box 847632 Dallas, TX 75284-7632 | 08/17/2015 | 0.00 | |

# Sebring Operating Companies
## Transaction Detail by Account
### May 25 through August 23, 2015

| Name | Name Address | Date | Received/Refund | Paid to Vendor |
|------|-------------|------|-----------------|----------------|
| | | | 12,600.41 | 23,678.92 |
| Dr. Matthew Baker | 12705 Stone Ridge Pl Lakewood Ranch, FL 34202 | 06/01/2015 | | 11,206.27 |
| Dr. Matthew Baker | 12705 Stone Ridge Pl Lakewood Ranch, FL 34202 | 07/01/2015 | | 11,206.27 |
| | | | 0.00 | 22,412.54 |
| Duke Energy | P.O. Box 1004 Charlotte, NC 28201-1004 | 05/26/2015 | | 281.48 |
| Duke Energy | P.O. Box 1004 Charlotte, NC 28201-1004 | 06/02/2015 | | 329.96 |
| Duke Energy | P.O. Box 1004 Charlotte, NC 28201-1004 | 06/15/2015 | | 622.11 |
| Duke Energy | P.O. Box 1004 Charlotte, NC 28201-1004 | 06/15/2015 | | 919.63 |
| Duke Energy | P.O. Box 1004 Charlotte, NC 28201-1004 | 06/18/2015 | | 508.93 |
| Duke Energy | P.O. Box 1004 Charlotte, NC 28201-1004 | 06/25/2015 | | 348.29 |
| Duke Energy | P.O. Box 1004 Charlotte, NC 28201-1004 | 06/25/2015 | | 421.92 |
| Duke Energy | P.O. Box 1004 Charlotte, NC 28201-1004 | 07/13/2015 | | 586.60 |
| Duke Energy | P.O. Box 1004 Charlotte, NC 28201-1004 | 07/14/2015 | | 995.26 |
| Duke Energy | P.O. Box 1004 Charlotte, NC 28201-1004 | 07/15/2015 | | 599.56 |
| Duke Energy | P.O. Box 1004 Charlotte, NC 28201-1004 | 07/28/2015 | | 362.99 |
| Duke Energy | P.O. Box 1004 Charlotte, NC 28201-1004 | 07/28/2015 | | 551.34 |
| Duke Energy | P.O. Box 1004 Charlotte, NC 28201-1004 | 08/18/2015 | 0.00 | |
| Duke Energy | P.O. Box 1004 Charlotte, NC 28201-1004 | 08/18/2015 | 0.00 | |
| Duke Energy | P.O. Box 1004 Charlotte, NC 28201-1004 | 08/18/2015 | 0.00 | |
| | | | 0.00 | 6,528.07 |
| DynaFlex | P.O. Box 99 St. Ann, MO 63074-0099 | 06/18/2015 | | 6,342.94 |
| DynaFlex | P.O. Box 99 St. Ann, MO 63074-0099 | 07/08/2015 | | 6,373.08 |
| DynaFlex | P.O. Box 99 St. Ann, MO 63074-0099 | 07/27/2015 | | 6,298.00 |
| | | | 0.00 | 19,014.02 |
| EverBank Commercial Finance | P.O. Box 911608 Denver, CO 80291-1608 | 06/01/2015 | | 899.71 |
| EverBank Commercial Finance | P.O. Box 911608 Denver, CO 80291-1608 | 06/01/2015 | | 947.86 |
| EverBank Commercial Finance | P.O. Box 911608 Denver, CO 80291-1608 | 06/01/2015 | | 947.12 |
| EverBank Commercial Finance | P.O. Box 911608 Denver, CO 80291-1608 | 06/01/2015 | | 872.38 |
| EverBank Commercial Finance | P.O. Box 911608 Denver, CO 80291-1608 | 06/05/2015 | | 948.60 |

## Sebring Operating Companies
## Transaction Detail by Account
### May 25 through August 23, 2015

| Name | Name Address | Date | Received/Refund | Paid to Vendor |
|---|---|---|---|---|
| EverBank Commercial Finance | P.O. Box 911608 Denver, CO 80291-1608 | 06/16/2015 | | 948.60 |
| EverBank Commercial Finance | P.O. Box 911608 Denver, CO 80291-1608 | 06/30/2015 | | 872.38 |
| EverBank Commercial Finance | P.O. Box 911608 Denver, CO 80291-1608 | 06/30/2015 | | 947.86 |
| EverBank Commercial Finance | P.O. Box 911608 Denver, CO 80291-1608 | 06/30/2015 | | 947.12 |
| EverBank Commercial Finance | P.O. Box 911608 Denver, CO 80291-1608 | 06/30/2015 | | 907.96 |
| EverBank Commercial Finance | P.O. Box 911608 Denver, CO 80291-1608 | 07/14/2015 | | 862.36 |
| EverBank Commercial Finance | P.O. Box 911608 Denver, CO 80291-1608 | 07/30/2015 | | 872.38 |
| EverBank Commercial Finance | P.O. Box 911608 Denver, CO 80291-1608 | 07/30/2015 | | 947.86 |
| EverBank Commercial Finance | P.O. Box 911608 Denver, CO 80291-1608 | 07/30/2015 | | 947.12 |
| EverBank Commercial Finance | P.O. Box 911608 Denver, CO 80291-1608 | 07/31/2015 | | 907.96 |
| EverBank Commercial Finance | P.O. Box 911608 Denver, CO 80291-1608 | 08/17/2015 | 0.00 | |
| | | | 0.00 | 13,777.27 |
| | | | | |
| Fairway - Mitchell, LLC | 4524 Southlake Pkwy Suite 2 Birmingham, AL 35244 | 06/04/2015 | | 5,497.88 |
| Fairway - Mitchell, LLC | 4524 Southlake Pkwy Suite 2 Birmingham, AL 35244 | 08/03/2015 | | 5,458.27 |
| Fairway - Mitchell, LLC | 4524 Southlake Pkwy Suite 2 Birmingham, AL 35244 | 08/11/2015 | | 2,513.13 |
| | | | 0.00 | 13,469.28 |
| | | | | |
| Florida Blue | PO Box 660299 Dallas, TX 75266-0299 | 06/23/2015 | | 52,010.03 |
| Florida Blue | PO Box 660299 Dallas, TX 75266-0299 | 08/19/2015 | 0.00 | |
| | | | 0.00 | 52,010.03 |
| | | | | |
| Fountains I, LLC | c/o Golan Realty 34824 US Hwy 19 N Palm Harbor, FL 34684 | 07/01/2015 | 0.00 | |
| Fountains I, LLC | c/o Golan Realty 34824 US Hwy 19 N Palm Harbor, FL 34684 | 07/30/2015 | 6,006.48 | |
| Fountains I, LLC | c/o Golan Realty 34824 US Hwy 19 N Palm Harbor, FL 34684 | 07/30/2015 | | 12,006.98 |
| Fountains I, LLC | c/o Golan Realty 34824 US Hwy 19 N Palm Harbor, FL 34684 | 08/03/2015 | | 3,273.69 |
| Fountains I, LLC | c/o Golan Realty 34824 US Hwy 19 N Palm Harbor, FL 34684 | 08/11/2015 | 0.00 | |
| Fountains I, LLC | c/o Golan Realty 34824 US Hwy 19 N Palm Harbor, FL 34684 | 08/14/2015 | | 3,026.67 |
| | | | 6,006.48 | 18,307.34 |
| | | | | |
| FPL | General Mail Facility Miami, FL 33188-0001 | 05/26/2015 | | 281.09 |
| FPL | General Mail Facility Miami, FL 33188-0001 | 05/26/2015 | | 231.27 |
| FPL | General Mail Facility Miami, FL 33188-0001 | 05/26/2015 | | 153.99 |

# Sebring Operating Companies
## Transaction Detail by Account
### May 25 through August 23, 2015

| Name | Name Address | Date | Received/Refund | Paid to Vendor |
|---|---|---|---|---|
| FPL | General Mail Facility Miami, FL 33188-0001 | 05/26/2015 | | 272.37 |
| FPL | General Mail Facility Miami, FL 33188-0001 | 06/02/2015 | | 57.43 |
| FPL | General Mail Facility Miami, FL 33188-0001 | 06/02/2015 | | 145.46 |
| FPL | General Mail Facility Miami, FL 33188-0001 | 06/02/2015 | | 168.81 |
| FPL | General Mail Facility Miami, FL 33188-0001 | 06/02/2015 | | 132.20 |
| FPL | General Mail Facility Miami, FL 33188-0001 | 06/02/2015 | | 147.18 |
| FPL | General Mail Facility Miami, FL 33188-0001 | 06/02/2015 | | 317.36 |
| FPL | General Mail Facility Miami, FL 33188-0001 | 06/02/2015 | | 316.29 |
| FPL | General Mail Facility Miami, FL 33188-0001 | 06/09/2015 | | 276.34 |
| FPL | General Mail Facility Miami, FL 33188-0001 | 06/15/2015 | 0.00 | |
| FPL | General Mail Facility Miami, FL 33188-0001 | 06/15/2015 | | 606.75 |
| FPL | General Mail Facility Miami, FL 33188-0001 | 06/15/2015 | | 271.84 |
| FPL | General Mail Facility Miami, FL 33188-0001 | 06/22/2015 | | 279.23 |
| FPL | General Mail Facility Miami, FL 33188-0001 | 06/22/2015 | | 204.94 |
| FPL | General Mail Facility Miami, FL 33188-0001 | 06/23/2015 | | 296.41 |
| FPL | General Mail Facility Miami, FL 33188-0001 | 06/25/2015 | | 77.07 |
| FPL | General Mail Facility Miami, FL 33188-0001 | 06/25/2015 | | 302.75 |
| FPL | General Mail Facility Miami, FL 33188-0001 | 07/02/2015 | | 66.33 |
| FPL | General Mail Facility Miami, FL 33188-0001 | 07/02/2015 | | 199.75 |
| FPL | General Mail Facility Miami, FL 33188-0001 | 07/02/2015 | | 176.44 |
| FPL | General Mail Facility Miami, FL 33188-0001 | 07/02/2015 | | 157.47 |
| FPL | General Mail Facility Miami, FL 33188-0001 | 07/02/2015 | | 126.81 |
| FPL | General Mail Facility Miami, FL 33188-0001 | 07/02/2015 | | 363.55 |
| FPL | General Mail Facility Miami, FL 33188-0001 | 07/02/2015 | | 335.23 |
| FPL | General Mail Facility Miami, FL 33188-0001 | 07/02/2015 | | 210.27 |
| FPL | General Mail Facility Miami, FL 33188-0001 | 07/02/2015 | | 109.41 |
| FPL | General Mail Facility Miami, FL 33188-0001 | 07/13/2015 | | 348.28 |
| FPL | General Mail Facility Miami, FL 33188-0001 | 07/20/2015 | 0.00 | |
| FPL | General Mail Facility Miami, FL 33188-0001 | 07/20/2015 | | 543.80 |
| FPL | General Mail Facility Miami, FL 33188-0001 | 07/24/2015 | | 310.36 |
| FPL | General Mail Facility Miami, FL 33188-0001 | 07/28/2015 | | 206.66 |
| FPL | General Mail Facility Miami, FL 33188-0001 | 07/28/2015 | | 95.37 |
| FPL | General Mail Facility Miami, FL 33188-0001 | 07/29/2015 | | 184.06 |

# Sebring Operating Companies
## Transaction Detail by Account
### May 25 through August 23, 2015

| Name | Name Address | Date | Received/Refund | Paid to Vendor |
|------|--------------|------|-----------------|----------------|
| FPL | General Mail Facility Miami, FL 33188-0001 | 07/29/2015 | | 209.31 |
| FPL | General Mail Facility Miami, FL 33188-0001 | 07/29/2015 | | 158.46 |
| FPL | General Mail Facility Miami, FL 33188-0001 | 07/29/2015 | | 329.23 |
| FPL | General Mail Facility Miami, FL 33188-0001 | 07/29/2015 | | 376.95 |
| FPL | General Mail Facility Miami, FL 33188-0001 | 08/03/2015 | 0.00 | |
| FPL | General Mail Facility Miami, FL 33188-0001 | 08/03/2015 | | 296.81 |
| FPL | General Mail Facility Miami, FL 33188-0001 | 08/03/2015 | | 143.85 |
| FPL | General Mail Facility Miami, FL 33188-0001 | 08/03/2015 | | 382.86 |
| FPL | General Mail Facility Miami, FL 33188-0001 | 08/03/2015 | | 304.74 |
| FPL | General Mail Facility Miami, FL 33188-0001 | 08/06/2015 | | 238.51 |
| FPL | General Mail Facility Miami, FL 33188-0001 | 08/06/2015 | | 113.91 |
| FPL | General Mail Facility Miami, FL 33188-0001 | 08/11/2015 | | 589.13 |
| FPL | General Mail Facility Miami, FL 33188-0001 | 08/11/2015 | | 306.97 |
| FPL | General Mail Facility Miami, FL 33188-0001 | 08/18/2015 | 0.00 | |
| | | | 0.00 | 11,423.30 |
| George A. Barkett | 65 Cache Cay Drive Vero Beach, FL 32963 | 08/01/2015 | 5,243.00 | |
| George A. Barkett | 65 Cache Cay Drive Vero Beach, FL 32963 | 08/01/2015 | 5,243.00 | |
| | | | 10,486.00 | 0.00 |
| Glidewell Laboratories | 4141 MacArthur Blvd. NewPort Beach, CA 92660 | 06/24/2015 | | 1,245.00 |
| Glidewell Laboratories | 4141 MacArthur Blvd. NewPort Beach, CA 92660 | 06/24/2015 | | 1,479.78 |
| Glidewell Laboratories | 4141 MacArthur Blvd. NewPort Beach, CA 92660 | 08/13/2015 | | 736.00 |
| Glidewell Laboratories | 4141 MacArthur Blvd. NewPort Beach, CA 92660 | 08/13/2015 | | 8,808.23 |
| Glidewell Laboratories | 4141 MacArthur Blvd. NewPort Beach, CA 92660 | 08/13/2015 | | 4,550.32 |
| | | | 0.00 | 16,819.33 |
| Global Pay | Global Pay Global Pay | 06/02/2015 | | 2,654.95 |
| Global Pay | Global Pay Global Pay | 07/02/2015 | | 2,308.45 |
| Global Pay | Global Pay Global Pay | 08/04/2015 | | 2,085.70 |
| | | | 0.00 | 7,049.10 |
| Granada Shoppes Associates, Ltd. | 703 Waterford Way, #800 Miami, FL 33126 | 06/11/2015 | | 7,305.66 |

## Sebring Operating Companies
## Transaction Detail by Account
### May 25 through August 23, 2015

| Name | Name Address | Date | Received/Refund | Paid to Vendor |
|---|---|---|---|---|
| Granada Shoppes Associates, Ltd. | 703 Waterford Way, #800 Miami, FL 33126 | 08/05/2015 | | 7,489.25 |
| Granada Shoppes Associates, Ltd. | 703 Waterford Way, #800 Miami, FL 33126 | 08/11/2015 | | 3,794.63 |
| | | | 0.00 | 18,589.54 |
| Hall Equity Corp. c/o Retail Asset Mgmt | PO Box 5666 Clearwater, FL 33758 | 07/08/2015 | | 5,395.91 |
| Hall Equity Corp. c/o Retail Asset Mgmt | PO Box 5666 Clearwater, FL 33758 | 07/28/2015 | | 5,854.69 |
| Hall Equity Corp. c/o Retail Asset Mgmt | PO Box 5666 Clearwater, FL 33758 | 07/31/2015 | | 5,625.30 |
| | | | 0.00 | 16,875.90 |
| Henry Schein Inc | PO Box 371952 Pittsburgh, PA 15250-7952 | 06/01/2015 | | 1,657.95 |
| Henry Schein Inc | PO Box 371952 Pittsburgh, PA 15250-7952 | 06/16/2015 | | 1,095.41 |
| Henry Schein Inc | PO Box 371952 Pittsburgh, PA 15250-7952 | 06/29/2015 | | 10,785.80 |
| Henry Schein Inc | PO Box 371952 Pittsburgh, PA 15250-7952 | 07/08/2015 | | 9,604.32 |
| Henry Schein Inc | PO Box 371952 Pittsburgh, PA 15250-7952 | 08/17/2015 | 0.00 | |
| | | | 0.00 | 23,143.48 |
| HTA-Phoenix Paseo, LLC | PO BOX 713490 Cincinnati, OH 45271-3490 | 06/02/2015 | | 6,264.66 |
| | | | 0.00 | 6,264.66 |
| Implant, General & Cosmetic Dentistry of | of Tampa Bay, P.A. 1960 East Bay Drive Largo, FL 33771 | 06/26/2015 | | 7,200.00 |
| Implant, General & Cosmetic Dentistry of | of Tampa Bay, P.A. 1960 East Bay Drive Largo, FL 33771 | 07/08/2015 | | 7,200.00 |
| Implant, General & Cosmetic Dentistry of | of Tampa Bay, P.A. 1960 East Bay Drive Largo, FL 33771 | 07/31/2015 | | 7,200.00 |
| | | | 0.00 | 21,600.00 |
| IPrint | Division of Bus. Enterprises P.O. Box 17691 Clearwater, FL 33762 | 06/04/2015 | | 2,366.60 |
| IPrint | Division of Bus. Enterprises P.O. Box 17691 Clearwater, FL 33762 | 06/04/2015 | | 2,379.83 |
| IPrint | Division of Bus. Enterprises P.O. Box 17691 Clearwater, FL 33762 | 06/29/2015 | | 5,515.35 |
| IPrint | Division of Bus. Enterprises P.O. Box 17691 Clearwater, FL 33762 | 07/16/2015 | | 2,139.17 |
| IPrint | Division of Bus. Enterprises P.O. Box 17691 Clearwater, FL 33762 | 07/24/2015 | | 117.64 |
| | | | 0.00 | 12,518.59 |
| Jeffrey A. Meyer and/or Anita A. Wells | 6153 New Osprey Point Weeki Wachee, FL 34607 | 06/01/2015 | | 3,956.06 |
| Jeffrey A. Meyer and/or Anita A. Wells | 6153 New Osprey Point Weeki Wachee, FL 34607 | 06/30/2015 | | 3,956.06 |

## Sebring Operating Companies
## Transaction Detail by Account
### May 25 through August 23, 2015

| Name | Name Address | Date | Received/Refund | Paid to Vendor |
|---|---|---|---|---|
| | | | 0.00 | 7,912.12 |
| JES ENTERPRISES, INC. | 13700 SW 84th Street Miami, FL 33183 | 06/01/2015 | | 9,135.91 |
| JES ENTERPRISES, INC. | 13700 SW 84th Street Miami, FL 33183 | 07/06/2015 | | 9,135.91 |
| JES ENTERPRISES, INC. | 13700 SW 84th Street Miami, FL 33183 | 07/31/2015 | | 9,135.91 |
| | | | 0.00 | 27,407.73 |
| Ladora, LLC | Attn:  Ladd M. Horvath 2710 Edgewater Drive Niceville, FL 32578 | 05/28/2015 | | 5,140.00 |
| Ladora, LLC | Attn:  Ladd M. Horvath 2710 Edgewater Drive Niceville, FL 32578 | 07/10/2015 | | 5,640.00 |
| Ladora, LLC | Attn:  Ladd M. Horvath 2710 Edgewater Drive Niceville, FL 32578 | 07/24/2015 | | 2,570.00 |
| Ladora, LLC | Attn:  Ladd M. Horvath 2710 Edgewater Drive Niceville, FL 32578 | 08/06/2015 | | 2,570.00 |
| | | | 0.00 | 15,920.00 |
| Lakeside Town Shops(E&A),LLC-Dept. 2386 | P.O. Box 536856 Atlanta, GA 30353-6856 | 08/11/2015 | | 8,421.04 |
| Lakeside Town Shops(E&A),LLC-Dept. 2386 | P.O. Box 536856 Atlanta, GA 30353-6856 | 08/11/2015 | 0.00 | |
| Lakeside Town Shops(E&A),LLC-Dept. 2386 | P.O. Box 536856 Atlanta, GA 30353-6856 | 08/17/2015 | 0.00 | |
| | | | 0.00 | 8,421.04 |
| Marshall Development, LLC | 8986 Houston Place Orlando, FL 32819 | 06/02/2015 | | 5,028.03 |
| Marshall Development, LLC | 8986 Houston Place Orlando, FL 32819 | 06/04/2015 | | 150.00 |
| Marshall Development, LLC | 8986 Houston Place Orlando, FL 32819 | 07/15/2015 | | 5,028.03 |
| Marshall Development, LLC | 8986 Houston Place Orlando, FL 32819 | 08/01/2015 | 305.00 | |
| Marshall Development, LLC | 8986 Houston Place Orlando, FL 32819 | 08/03/2015 | | 2,514.02 |
| | | | 305.00 | 12,720.08 |
| MCH Medical Center LTD c/oJCT Mgmt. | 8720 N. Kendall Drive, Suite 202 Miami, FL 33176 | 05/27/2015 | | 8,233.24 |
| MCH Medical Center LTD c/oJCT Mgmt. | 8720 N. Kendall Drive, Suite 202 Miami, FL 33176 | 08/05/2015 | 0.00 | |
| MCH Medical Center LTD c/oJCT Mgmt. | 8720 N. Kendall Drive, Suite 202 Miami, FL 33176 | 08/05/2015 | | 14,842.00 |
| MCH Medical Center LTD c/oJCT Mgmt. | 8720 N. Kendall Drive, Suite 202 Miami, FL 33176 | 08/11/2015 | | 8,010.18 |
| | | | 0.00 | 31,085.42 |
| Mid Atlantic Ortho | 1008 Industrial Drive, Suite D West Berlin, NJ 08091 | 06/03/2015 | | 1,967.21 |
| Mid Atlantic Ortho | 1008 Industrial Drive, Suite D West Berlin, NJ 08091 | 06/10/2015 | | 899.56 |

## Sebring Operating Companies
### Transaction Detail by Account
#### May 25 through August 23, 2015

| Name | Name Address | Date | Received/Refund | Paid to Vendor |
|---|---|---|---|---|
| Mid Atlantic Ortho | 1008 Industrial Drive, Suite D West Berlin, NJ 08091 | 06/18/2015 | | 495.41 |
| Mid Atlantic Ortho | 1008 Industrial Drive, Suite D West Berlin, NJ 08091 | 06/25/2015 | | 2,257.71 |
| Mid Atlantic Ortho | 1008 Industrial Drive, Suite D West Berlin, NJ 08091 | 07/02/2015 | | 1,498.17 |
| Mid Atlantic Ortho | 1008 Industrial Drive, Suite D West Berlin, NJ 08091 | 07/16/2015 | | 1,789.09 |
| Mid Atlantic Ortho | 1008 Industrial Drive, Suite D West Berlin, NJ 08091 | 07/24/2015 | | 115.93 |
| Mid Atlantic Ortho | 1008 Industrial Drive, Suite D West Berlin, NJ 08091 | 07/30/2015 | | 81.95 |
| Mid Atlantic Ortho | 1008 Industrial Drive, Suite D West Berlin, NJ 08091 | 08/06/2015 | 0.00 | |
| | | | 0.00 | 9,105.03 |
| MMKA3, LLC | 11512 Lake Mead Ave., #523 Jacksonville, FL 32256 | 06/19/2015 | | 4,500.00 |
| MMKA3, LLC | 11512 Lake Mead Ave., #523 Jacksonville, FL 32256 | 06/23/2015 | | 8,560.00 |
| MMKA3, LLC | 11512 Lake Mead Ave., #523 Jacksonville, FL 32256 | 07/08/2015 | | 8,560.00 |
| MMKA3, LLC | 11512 Lake Mead Ave., #523 Jacksonville, FL 32256 | 07/31/2015 | | 8,560.00 |
| | | | 0.00 | 30,180.00 |
| MYA Properties & Coral Way LLC | 696 N.E. 125th Street North Miami, FL 33161 | 06/10/2015 | | 6,197.31 |
| MYA Properties & Coral Way LLC | 696 N.E. 125th Street North Miami, FL 33161 | 06/12/2015 | | 400.00 |
| MYA Properties & Coral Way LLC | 696 N.E. 125th Street North Miami, FL 33161 | 07/06/2015 | | 6,197.31 |
| MYA Properties & Coral Way LLC | 696 N.E. 125th Street North Miami, FL 33161 | 07/31/2015 | | 6,197.31 |
| | | | 0.00 | 18,991.93 |
| Navitas Lease Corp. | 814 Highway A1A North Ponte Vedra Beach, FL 32082 | 05/27/2015 | | 1,497.61 |
| Navitas Lease Corp. | 814 Highway A1A North Ponte Vedra Beach, FL 32082 | 05/27/2015 | | 6,192.88 |
| Navitas Lease Corp. | 814 Highway A1A North Ponte Vedra Beach, FL 32082 | 06/01/2015 | | 384.02 |
| Navitas Lease Corp. | 814 Highway A1A North Ponte Vedra Beach, FL 32082 | 06/01/2015 | | 773.68 |
| Navitas Lease Corp. | 814 Highway A1A North Ponte Vedra Beach, FL 32082 | 06/11/2015 | | 255.58 |
| Navitas Lease Corp. | 814 Highway A1A North Ponte Vedra Beach, FL 32082 | 06/26/2015 | | 1,497.61 |
| Navitas Lease Corp. | 814 Highway A1A North Ponte Vedra Beach, FL 32082 | 06/26/2015 | | 6,192.88 |
| Navitas Lease Corp. | 814 Highway A1A North Ponte Vedra Beach, FL 32082 | 07/01/2015 | | 384.02 |
| Navitas Lease Corp. | 814 Highway A1A North Ponte Vedra Beach, FL 32082 | 07/01/2015 | | 773.68 |
| Navitas Lease Corp. | 814 Highway A1A North Ponte Vedra Beach, FL 32082 | 07/10/2015 | | 222.24 |
| Navitas Lease Corp. | 814 Highway A1A North Ponte Vedra Beach, FL 32082 | 07/27/2015 | | 1,497.61 |
| Navitas Lease Corp. | 814 Highway A1A North Ponte Vedra Beach, FL 32082 | 07/27/2015 | | 6,192.88 |

## Sebring Operating Companies
## Transaction Detail by Account
### May 25 through August 23, 2015

| Name | Name Address | Date | Received/Refund | Paid to Vendor |
|------|-------------|------|-----------------|----------------|
| Navitas Lease Corp. | 814 Highway A1A North Ponte Vedra Beach, FL 32082 | 08/03/2015 | | 773.68 |
| Navitas Lease Corp. | 814 Highway A1A North Ponte Vedra Beach, FL 32082 | 08/03/2015 | | 384.02 |
| Navitas Lease Corp. | 814 Highway A1A North Ponte Vedra Beach, FL 32082 | 08/10/2015 | | 222.25 |
| | | | 0.00 | 27,244.64 |
| Nexadental | 8831 South 117th St. La Vista, NE 68128-5567 | 06/01/2015 | | 3,125.31 |
| Nexadental | 8831 South 117th St. La Vista, NE 68128-5567 | 06/01/2015 | | 1,538.90 |
| Nexadental | 8831 South 117th St. La Vista, NE 68128-5567 | 06/10/2015 | | 281.22 |
| Nexadental | 8831 South 117th St. La Vista, NE 68128-5567 | 06/18/2015 | | 140.96 |
| Nexadental | 8831 South 117th St. La Vista, NE 68128-5567 | 06/25/2015 | | 408.40 |
| Nexadental | 8831 South 117th St. La Vista, NE 68128-5567 | 07/16/2015 | | 1,810.62 |
| Nexadental | 8831 South 117th St. La Vista, NE 68128-5567 | 07/24/2015 | | 59.24 |
| Nexadental | 8831 South 117th St. La Vista, NE 68128-5567 | 08/06/2015 | | 1,686.95 |
| | | | 0.00 | 9,051.60 |
| North Jax Dental Appliances, Inc. | 14524 Yellow Bluff Rd. Jacksonville, FL 32226 | 06/01/2015 | | 1,498.00 |
| North Jax Dental Appliances, Inc. | 14524 Yellow Bluff Rd. Jacksonville, FL 32226 | 06/18/2015 | | 1,346.00 |
| North Jax Dental Appliances, Inc. | 14524 Yellow Bluff Rd. Jacksonville, FL 32226 | 06/22/2015 | | 952.00 |
| North Jax Dental Appliances, Inc. | 14524 Yellow Bluff Rd. Jacksonville, FL 32226 | 06/25/2015 | | 1,704.00 |
| North Jax Dental Appliances, Inc. | 14524 Yellow Bluff Rd. Jacksonville, FL 32226 | 07/02/2015 | 0.00 | |
| North Jax Dental Appliances, Inc. | 14524 Yellow Bluff Rd. Jacksonville, FL 32226 | 07/02/2015 | | 1,079.00 |
| North Jax Dental Appliances, Inc. | 14524 Yellow Bluff Rd. Jacksonville, FL 32226 | 07/16/2015 | | 392.00 |
| North Jax Dental Appliances, Inc. | 14524 Yellow Bluff Rd. Jacksonville, FL 32226 | 07/24/2015 | | 1,230.00 |
| North Jax Dental Appliances, Inc. | 14524 Yellow Bluff Rd. Jacksonville, FL 32226 | 07/30/2015 | | 732.00 |
| | | | 0.00 | 8,933.00 |
| Ortho Technology | Dept. CH 14387 Palatine, IL 60055 | 06/03/2015 | | 5,371.67 |
| Ortho Technology | Dept. CH 14387 Palatine, IL 60055 | 06/10/2015 | | 3,079.19 |
| Ortho Technology | Dept. CH 14387 Palatine, IL 60055 | 06/18/2015 | | 101.49 |
| Ortho Technology | Dept. CH 14387 Palatine, IL 60055 | 06/25/2015 | | 432.21 |
| Ortho Technology | Dept. CH 14387 Palatine, IL 60055 | 07/02/2015 | | 597.48 |
| Ortho Technology | Dept. CH 14387 Palatine, IL 60055 | 07/16/2015 | | 264.94 |
| Ortho Technology | Dept. CH 14387 Palatine, IL 60055 | 07/30/2015 | | 3,979.89 |

## Sebring Operating Companies
## Transaction Detail by Account
### May 25 through August 23, 2015

| Name | Name Address | Date | Received/Refund | Paid to Vendor |
|------|--------------|------|-----------------|----------------|
| Ortho Technology Park, LLP | C/O Cindy Bestmann 14185 Payne Street Spring Hill, FL 34609 | 07/30/2015 | | 13,826.87 4,879.53 |
| Ortho Technology Park, LLP | C/O Cindy Bestmann 14185 Payne Street Spring Hill, FL 34609 | 08/11/2015 | | 2,439.77 |
| | | | 0.00 | 7,319.30 |
| Orthodontic Appliances Lab, Inc. | 7801 SW Coral Way #124 Miami, FL 33155 | 05/26/2015 | | 68.00 |
| Orthodontic Appliances Lab, Inc. | 7801 SW Coral Way #124 Miami, FL 33155 | 06/08/2015 | | 64.00 |
| Orthodontic Appliances Lab, Inc. | 7801 SW Coral Way #124 Miami, FL 33155 | 06/23/2015 | | 6,091.30 |
| Orthodontic Appliances Lab, Inc. | 7801 SW Coral Way #124 Miami, FL 33155 | 08/06/2015 | | 6,890.10 |
| | | | 0.00 | 13,113.40 |
| Pastore Custom Builders, Inc. | 5162 Mariner Boulevard Spring Hill, FL 34609 | 07/31/2015 | | 40,231.00 |
| Pastore Custom Builders, Inc | 5162 Mariner Boulevard Spring Hill, FL 34609 | 08/18/2015 | 0.00 | 40,231.00 |
| | | | 0.00 | 40,231.00 |
| Patterson Dental Supply Inc. | Special Markets PO Box 64340 St Paul, MN 55164 | 06/10/2015 | | 10,006.85 |
| Patterson Dental Supply Inc. | Special Markets PO Box 64340 St Paul, MN 55164 | 06/25/2015 | | 12,524.33 |
| Patterson Dental Supply Inc. | Special Markets PO Box 64340 St Paul, MN 55164 | 07/27/2015 | 0.00 | |
| Patterson Dental Supply Inc. | Special Markets PO Box 64340 St Paul, MN 55164 | 07/28/2015 | 0.00 | 2,059.77 |
| Patterson Dental Supply Inc. | Special Markets PO Box 64340 St Paul, MN 55164 | 07/28/2015 | 0.00 | |
| | | | 0.00 | 24,590.95 |
| PLIC-SBD Grand Island | PO Box 10372 Des Moines, IA 50306-0372 | 06/01/2015 | | 5,640.63 |
| PLIC-SBD Grand Island | PO Box 10372 Des Moines, IA 50306-0372 | 07/08/2015 | 0.00 | 5,287.71 |
| | | | 0.00 | 10,928.34 |
| Principal Life Insurance Co. | P.O. Box 310300 Property: 125810 Des Moines, IA 50331-0300 | 07/02/2015 | | 5,201.95 |
| Principal Life Insurance Co. | P.O. Box 310300 Property: 125810 Des Moines, IA 50331-0300 | 07/06/2015 | | 5,201.95 |
| Principal Life Insurance Co. | P.O. Box 310300 Property: 125810 Des Moines, IA 50331-0300 | 07/09/2015 | | 4,951.95 |
| Principal Life Insurance Co. | P.O. Box 310300 Property: 125810 Des Moines, IA 50331-0300 | 07/31/2015 | 0.00 | 4,951.95 |
| | | | 0.00 | 20,307.80 |

# Sebring Operating Companies
## Transaction Detail by Account
### May 25 through August 23, 2015

| Name | Name Address | Date | Received/Refund | Paid to Vendor |
|------|--------------|------|-----------------|----------------|
| RCCI, Inc. | c/o Cushman & Wakefield of CA Dept # 6260 P.O. Box 511335 | 06/11/2015 | | 11,681.95 |
| RCCI, Inc. | c/o Cushman & Wakefield of CA Dept # 6260 P.O. Box 511335 | 07/06/2015 | | 9,612.50 |
| RCCI, Inc. | c/o Cushman & Wakefield of CA Dept # 6260 P.O. Box 511335 | 07/31/2015 | 0.00 | |
| RCCI, Inc. | c/o Cushman & Wakefield of CA Dept # 6260 P.O. Box 511335 | 08/04/2015 | | 9,881.27 |
| | | | 0.00 | 31,175.72 |
| | | | | |
| Receivable Recovery Services | 110 Veterans Memorial Blvd. Suite 445 Metairie, LA 70005 | 07/27/2015 | | 3,062.67 |
| Receivable Recovery Services | 110 Veterans Memorial Blvd. Suite 445 Metairie, LA 70005 | 07/29/2015 | 0.00 | |
| Receivable Recovery Services | 110 Veterans Memorial Blvd. Suite 445 Metairie, LA 70005 | 07/29/2015 | | 9.69 |
| Receivable Recovery Services | 110 Veterans Memorial Blvd. Suite 445 Metairie, LA 70005 | 08/03/2015 | | 1,911.55 |
| Receivable Recovery Services | 110 Veterans Memorial Blvd. Suite 445 Metairie, LA 70005 | 08/13/2015 | | 4,988.90 |
| | | | 0.00 | 9,972.81 |
| | | | | |
| Regency Square@Brandon | P.O. Box 532937 (Tenant 591403) Atlanta, GA 30553-2937 | 07/08/2015 | 0.00 | |
| Regency Square@Brandon | P.O. Box 532937 (Tenant 591403) Atlanta, GA 30553-2937 | 07/09/2015 | | 5,546.45 |
| Regency Square@Brandon | P.O. Box 532937 (Tenant 591403) Atlanta, GA 30553-2937 | 07/30/2015 | | 5,536.81 |
| Regency Square@Brandon | P.O. Box 532937 (Tenant 591403) Atlanta, GA 30553-2937 | 08/11/2015 | | 3,375.81 |
| | | | 0.00 | 14,459.07 |
| | | | | |
| Shea & Tatum LLC | 4414 N. Civic Center Plaza Suite 100 Scottsdale, AZ 85251 | 06/02/2015 | 0.00 | |
| Shea & Tatum LLC | 4414 N. Civic Center Plaza Suite 100 Scottsdale, AZ 85251 | 06/08/2015 | | 7,387.79 |
| Shea & Tatum LLC | 4414 N. Civic Center Plaza Suite 100 Scottsdale, AZ 85251 | 07/22/2015 | | 7,209.65 |
| Shea & Tatum LLC | 4414 N. Civic Center Plaza Suite 100 Scottsdale, AZ 85251 | 07/30/2015 | | 3,520.44 |
| Shea & Tatum LLC | 4414 N. Civic Center Plaza Suite 100 Scottsdale, AZ 85251 | 07/31/2015 | | 3,520.44 |
| Shea & Tatum LLC | 4414 N. Civic Center Plaza Suite 100 Scottsdale, AZ 85251 | 08/03/2015 | | 7,040.88 |
| | | | 0.00 | 28,679.20 |
| | | | | |
| Shumaker Loop Kendrick | | 08/13/2015 | | 40,000.00 |
| Shumaker Loop Kendrick | | 08/14/2015 | | 15,000.00 |
| Shumaker Loop Kendrick | | 08/18/2015 | | 20,000.00 |
| Shumaker Loop Kendrick | | 08/18/2015 | | 5,000.00 |
| Shumaker Loop Kendrick | | 08/18/2015 | | 100,000.00 |
| | | | 0.00 | 180,000.00 |

## Sebring Operating Companies
## Transaction Detail by Account
### May 25 through August 23, 2015

| Name | Name Address | Date | Received/Refund | Paid to Vendor |
|---|---|---|---|---|
| South Dade Shopping Ctr., LLC | | 06/11/2015 | | 15,527.94 |
| | | | 0.00 | 15,527.94 |
| Star 2 Star Communications | Dept CH 16873 Palatine, IL 60055 | 06/11/2015 | | 3,808.32 |
| Star 2 Star Communications | Dept CH 16873 Palatine, IL 60055 | 06/15/2015 | | 2,448.24 |
| Star 2 Star Communications | Dept CH 16873 Palatine, IL 60055 | 06/15/2015 | | 3,965.33 |
| Star 2 Star Communications | Dept CH 16873 Palatine, IL 60055 | 07/16/2015 | | 1,830.96 |
| | | | 0.00 | 12,052.85 |
| Summit Orthodontic Service | 343 Northmoreland Avenue P.O. Box 218 Munroe Falls, OH 4426 | 06/01/2015 | | 2,760.91 |
| Summit Orthodontic Service | 343 Northmoreland Avenue P.O. Box 218 Munroe Falls, OH 4426 | 06/08/2015 | | 3,318.90 |
| Summit Orthodontic Service | 343 Northmoreland Avenue P.O. Box 218 Munroe Falls, OH 4426 | 06/11/2015 | 0.00 | 897.94 |
| Summit Orthodontic Service | 343 Northmoreland Avenue P.O. Box 218 Munroe Falls, OH 4426 | 06/11/2015 | | 265.40 |
| Summit Orthodontic Service | 343 Northmoreland Avenue P.O. Box 218 Munroe Falls, OH 4426 | 06/18/2015 | | 269.50 |
| Summit Orthodontic Service | 343 Northmoreland Avenue P.O. Box 218 Munroe Falls, OH 4426 | 06/25/2015 | | 615.91 |
| Summit Orthodontic Service | 343 Northmoreland Avenue P.O. Box 218 Munroe Falls, OH 4426 | 07/02/2015 | | 1,385.45 |
| Summit Orthodontic Service | 343 Northmoreland Avenue P.O. Box 218 Munroe Falls, OH 4426 | 07/16/2015 | | 1,137.73 |
| Summit Orthodontic Service | 343 Northmoreland Avenue P.O. Box 218 Munroe Falls, OH 4426 | 07/24/2015 | | 190.00 |
| Summit Orthodontic Service | 343 Northmoreland Avenue P.O. Box 218 Munroe Falls, OH 4426 | 07/30/2015 | | |
| | | | 0.00 | 10,841.74 |
| Synchrony Bank | | 05/26/2015 | | 257.77 |
| Synchrony Bank | | 06/18/2015 | | 85.95 |
| Synchrony Bank | | 07/02/2015 | | 419.27 |
| Synchrony Bank | | 07/13/2015 | | 114.03 |
| Synchrony Bank | | 07/23/2015 | | 1,052.55 |
| Synchrony Bank | | 07/29/2015 | | 1,281.00 |
| Synchrony Bank | | 08/03/2015 | | 253.63 |
| Synchrony Bank | | 08/05/2015 | | 755.01 |
| Synchrony Bank | | 08/10/2015 | | 2,680.00 |
| Synchrony Bank | | 08/14/2015 | | 2,801.49 |
| | | | 0.00 | 9,700.70 |

# Sebring Operating Companies
## Transaction Detail by Account
### May 25 through August 23, 2015

| Name | Name Address | Date | Received/Refund | Paid to Vendor |
|---|---|---|---|---|
| The Eagles Nest of Fleming Island, Inc. | 1893 Kingsley Avenue, Suite B Orange Park, FL 32073 | 07/16/2015 | 0.00 | |
| The Eagles Nest of Fleming Island, Inc. | 1893 Kingsley Avenue, Suite B Orange Park, FL 32073 | 07/20/2015 | | 6,932.35 |
| The Eagles Nest of Fleming Island, Inc. | 1893 Kingsley Avenue, Suite B Orange Park, FL 32073 | 07/20/2015 | | 3,301.12 |
| The Eagles Nest of Fleming Island, Inc. | 1893 Kingsley Avenue, Suite B Orange Park, FL 32073 | 07/30/2015 | | 3,301.12 |
| The Eagles Nest of Fleming Island, Inc. | 1893 Kingsley Avenue, Suite B Orange Park, FL 32073 | 08/11/2015 | | 3,301.12 |
| | | | 0.00 | 16,835.71 |
| The Hartford | PO Box 660916 Dallas, TX 75266-0916 | 06/10/2015 | | 7,132.40 |
| The Hartford | PO Box 660916 Dallas, TX 75266-0916 | 07/10/2015 | | 7,132.40 |
| | | | 0.00 | 14,264.80 |
| Van Auken Ortho Lab | 9689 105th Avenue Largo, FL 33773 | 06/23/2015 | | 7,819.00 |
| Van Auken Ortho Lab | 9689 105th Avenue Largo, FL 33773 | 07/24/2015 | | 8,006.00 |
| Van Auken Ortho Lab | 9689 105th Avenue Largo, FL 33773 | 07/28/2015 | 0.00 | |
| Van Auken Ortho Lab | 9689 105th Avenue Largo, FL 33773 | 08/05/2015 | 8,006.00 | |
| Van Auken Ortho Lab | 9689 105th Avenue Largo, FL 33773 | 08/13/2015 | | 8,006.00 |
| | | | 8,006.00 | 23,831.00 |
| Weingarten Realty Investors | P.O Box 301074 Dallas, TX 75303-1074 | 05/29/2015 | | 7,244.30 |
| Weingarten Realty Investors | P.O Box 301074 Dallas, TX 75303-1074 | 08/11/2015 | 0.00 | |
| Weingarten Realty Investors | P.O Box 301074 Dallas, TX 75303-1074 | 08/14/2015 | | 7,264.79 |
| Weingarten Realty Investors | P.O Box 301074 Dallas, TX 75303-1074 | 08/18/2015 | | 3,081.35 |
| | | | 0.00 | 17,590.44 |
| WRL.COM,LLC | | 06/12/2015 | | 5,544.24 |
| WRL.COM,LLC | | 06/29/2015 | | 2,939.44 |
| WRL.COM,LLC | | 07/14/2015 | | 517.20 |
| WRL.COM,LLC | | 07/22/2015 | | 1,080.96 |
| WRL.COM,LLC | | 08/04/2015 | | 4,485.36 |
| WRL.COM,LLC | | 08/13/2015 | | 1,030.96 |
| | | | 0.00 | 15,598.16 |

# EXHIBIT S-2

SMFL One Year Payments to Dr. Shoopak and Dr. Buchman

| Doctor | Date | Amount | Type |
|---|---|---|---|
| Dr. Dennis J.L. Buchman | 8/29/2014 | $750.00 | Clinical per diem |
| Dr. Dennis J.L. Buchman | 11/7/2014 | $750.00 | Clinical per diem |
| Dr. Dennis J.L. Buchman | 12/5/2014 | $750.00 | Clinical per diem |
| Dr. Dennis J.L. Buchman | 1/30/2015 | $750.00 | Clinical per diem |
| Dr. Dennis J.L. Buchman | 3/27/2015 | $4,500.00 | Clinical per diem |
| Dr. Dennis J.L. Buchman | 5/8/2015 | $750.00 | Clinical per diem |
| Dr. Dennis J.L. Buchman | 7/31/2015 | $1,500.00 | Clinical per diem |
| **Subtotal** | | **$9,750.00** | |
| | | | |
| Dr. Dennis J.L. Buchman | 8/29/2014 | $1,923.07 | Employment |
| Dr. Dennis J.L. Buchman | 9/12/2014 | $1,923.07 | Employment |
| Dr. Dennis J.L. Buchman | 9/26/2014 | $1,923.07 | Employment |
| Dr. Dennis J.L. Buchman | 10/10/2014 | $1,923.07 | Employment |
| Dr. Dennis J.L. Buchman | 10/24/2014 | $1,923.07 | Employment |
| Dr. Dennis J.L. Buchman | 11/7/2014 | $1,923.07 | Employment |
| Dr. Dennis J.L. Buchman | 11/21/2014 | $1,923.07 | Employment |
| Dr. Dennis J.L. Buchman | 12/5/2014 | $1,923.07 | Employment |
| Dr. Dennis J.L. Buchman | 12/19/2014 | $1,923.07 | Employment |
| Dr. Dennis J.L. Buchman | 1/2/2015 | $1,923.07 | Employment |
| Dr. Dennis J.L. Buchman | 1/16/2015 | $1,923.07 | Employment |
| Dr. Dennis J.L. Buchman | 1/30/2015 | $1,923.07 | Employment |
| Dr. Dennis J.L. Buchman | 2/13/2015 | $1,923.07 | Employment |
| Dr. Dennis J.L. Buchman | 2/27/2015 | $1,923.07 | Employment |
| Dr. Dennis J.L. Buchman | 3/13/2015 | $1,923.07 | Employment |
| Dr. Dennis J.L. Buchman | 3/27/2015 | $1,923.07 | Employment |
| Dr. Dennis J.L. Buchman | 4/10/2015 | $1,923.07 | Employment |
| Dr. Dennis J.L. Buchman | 4/24/2015 | $1,923.07 | Employment |
| Dr. Dennis J.L. Buchman | 5/8/2015 | $1,923.07 | Employment |
| Dr. Dennis J.L. Buchman | 5/22/2015 | $1,923.07 | Employment |
| Dr. Dennis J.L. Buchman | 6/5/2015 | $1,923.07 | Employment |
| Dr. Dennis J.L. Buchman | 6/19/2015 | $1,923.07 | Employment |
| Dr. Dennis J.L. Buchman | 7/3/2015 | $1,923.07 | Employment |
| Dr. Dennis J.L. Buchman | 7/17/2015 | $1,923.07 | Employment |
| Dr. Dennis J.L. Buchman | 7/31/2015 | $1,923.07 | Employment |
| Dr. Dennis J.L. Buchman | 8/14/2015 | $1,923.07 | Employment |
| **Subtotal** | | **$49,999.82** | |
| | | | |
| Dr. Dennis J.L. Buchman | 8/28/2014 | $3,659.72 | Interest PMT |
| Dr. Dennis J.L. Buchman | 9/25/2014 | $3,541.67 | Interest PMT |
| Dr. Dennis J.L. Buchman | 10/28/2014 | $3,659.72 | Interest PMT |
| Dr. Dennis J.L. Buchman | 11/25/2014 | $3,541.67 | Interest PMT |
| Dr. Dennis J.L. Buchman | 1/5/2015 | $3,659.73 | Interest PMT |
| Dr. Dennis J.L. Buchman | 1/22/2015 | $4,238.86 | Interest PMT |
| Dr. Dennis J.L. Buchman | 3/2/2015 | $3,777.78 | Interest PMT |
| Dr. Dennis J.L. Buchman | 4/2/2015 | $3,659.72 | Interest PMT |
| Dr. Dennis J.L. Buchman | 4/29/2015 | $3,541.67 | Interest PMT |

SMFL One Year Payments to Dr. Shoopak and Dr. Buchman

| Doctor | Date | Amount | Type |
|---|---|---|---|
| Dr. Dennis J.L. Buchman | 5/29/2015 | $3,659.73 | Interest PMT |
| Dr. Dennis J.L. Buchman | 6/30/2015 | $3,541.66 | Interest PMT |
| **Subtotal** | | **$40,481.93** | |
| | | | |
| Dr. Alan D. Shoopak | 9/12/2014 | $3,000.00 | Clinical per diem |
| Dr. Alan D. Shoopak | 10/24/2014 | $1,500.00 | Clinical per diem |
| Dr. Alan D. Shoopak | 11/21/2014 | $1,500.00 | Clinical per diem |
| Dr. Alan D. Shoopak | 12/5/2014 | $3,000.00 | Clinical per diem |
| Dr. Alan D. Shoopak | 1/2/2015 | $1,500.00 | Clinical per diem |
| Dr. Alan D. Shoopak | 1/16/2015 | $1,500.00 | Clinical per diem |
| Dr. Alan D. Shoopak | 1/30/2015 | $1,500.00 | Clinical per diem |
| Dr. Alan D. Shoopak | 2/27/2015 | $1,500.00 | Clinical per diem |
| Dr. Alan D. Shoopak | 3/13/2015 | $1,500.00 | Clinical per diem |
| Dr. Alan D. Shoopak | 3/27/2015 | $3,000.00 | Clinical per diem |
| Dr. Alan D. Shoopak | 4/24/2015 | $3,000.00 | Clinical per diem |
| Dr. Alan D. Shoopak | 5/8/2015 | $9,000.00 | Clinical per diem |
| Dr. Alan D. Shoopak | 5/22/2015 | $7,500.00 | Clinical per diem |
| Dr. Alan D. Shoopak | 6/5/2015 | $3,000.00 | Clinical per diem |
| Dr. Alan D. Shoopak | 6/19/2015 | $6,000.00 | Clinical per diem |
| Dr. Alan D. Shoopak | 7/3/2015 | $4,500.00 | Clinical per diem |
| Dr. Alan D. Shoopak | 7/17/2015 | $6,000.00 | Clinical per diem |
| Dr. Alan D. Shoopak | 7/31/2015 | $4,500.00 | Clinical per diem |
| Dr. Alan D. Shoopak | 8/14/2015 | $6,750.00 | Clinical per diem |
| **Subtotal** | | **$69,750.00** | |
| | | | |
| Dr. Alan D. Shoopak | 8/29/2014 | $21,250.81 | Consulting |
| Dr. Alan D. Shoopak | 9/12/2014 | $21,250.81 | Consulting |
| Dr. Alan D. Shoopak | 9/26/2014 | $21,250.81 | Consulting |
| Dr. Alan D. Shoopak | 10/10/2014 | $21,250.81 | Consulting |
| Dr. Alan D. Shoopak | 10/24/2014 | $21,250.81 | Consulting |
| Dr. Alan D. Shoopak | 11/7/2014 | $21,250.81 | Consulting |
| Dr. Alan D. Shoopak | 11/21/2014 | $21,250.81 | Consulting |
| Dr. Alan D. Shoopak | 12/5/2014 | $21,250.81 | Consulting |
| Dr. Alan D. Shoopak | 12/19/2014 | $21,250.81 | Consulting |
| Dr. Alan D. Shoopak | 1/2/2015 | $21,250.81 | Consulting |
| Dr. Alan D. Shoopak | 1/16/2015 | $21,250.81 | Consulting |
| Dr. Alan D. Shoopak | 1/30/2015 | $21,250.81 | Consulting |
| Dr. Alan D. Shoopak | 2/13/2015 | $21,250.81 | Consulting |
| Dr. Alan D. Shoopak | 2/27/2015 | $21,250.81 | Consulting |
| Dr. Alan D. Shoopak | 3/13/2015 | $21,250.81 | Consulting |
| Dr. Alan D. Shoopak | 3/27/2015 | $21,250.81 | Consulting |
| Dr. Alan D. Shoopak | 4/10/2015 | $21,250.81 | Consulting |
| Dr. Alan D. Shoopak | 4/24/2015 | $21,250.81 | Consulting |
| Dr. Alan D. Shoopak | 5/15/2015 | $10,650.40 | Consulting |
| Dr. Alan D. Shoopak | 5/29/2015 | $21,250.81 | Consulting |
| Dr. Alan D. Shoopak | 6/12/2015 | $21,250.81 | Consulting |

SMFL One Year Payments to Dr. Shoopak and Dr. Buchman

| Doctor | Date | Amount | Type |
|---|---|---|---|
| Dr. Alan D. Shoopak | 6/26/2015 | $21,250.81 | Consulting |
| Dr. Alan D. Shoopak | 7/10/2015 | $21,250.81 | Consulting |
| Dr. Alan D. Shoopak | 7/24/2015 | $21,250.81 | Consulting |
| Dr. Alan D. Shoopak | 8/7/2015 | $21,250.81 | Consulting |
| **Subtotal** | | **$520,669.84** | |
| | | | |
| Dr. Alan D. Shoopak | 8/29/2014 | $7,692.31 | Employment |
| Dr. Alan D. Shoopak | 9/12/2014 | $7,692.31 | Employment |
| Dr. Alan D. Shoopak | 9/26/2014 | $7,692.31 | Employment |
| Dr. Alan D. Shoopak | 10/10/2014 | $7,692.31 | Employment |
| Dr. Alan D. Shoopak | 10/24/2014 | $7,692.31 | Employment |
| Dr. Alan D. Shoopak | 11/7/2014 | $7,692.31 | Employment |
| Dr. Alan D. Shoopak | 11/21/2014 | $7,692.31 | Employment |
| Dr. Alan D. Shoopak | 12/5/2014 | $7,692.31 | Employment |
| Dr. Alan D. Shoopak | 12/19/2014 | $7,692.31 | Employment |
| Dr. Alan D. Shoopak | 1/2/2015 | $7,692.31 | Employment |
| Dr. Alan D. Shoopak | 1/16/2015 | $7,692.31 | Employment |
| Dr. Alan D. Shoopak | 1/30/2015 | $7,692.31 | Employment |
| Dr. Alan D. Shoopak | 2/13/2015 | $7,692.31 | Employment |
| Dr. Alan D. Shoopak | 2/27/2015 | $7,692.31 | Employment |
| Dr. Alan D. Shoopak | 3/13/2015 | $7,692.31 | Employment |
| Dr. Alan D. Shoopak | 3/27/2015 | $7,692.31 | Employment |
| Dr. Alan D. Shoopak | 4/10/2015 | $7,692.31 | Employment |
| Dr. Alan D. Shoopak | 4/24/2015 | $7,692.31 | Employment |
| Dr. Alan D. Shoopak | 5/8/2015 | $7,692.31 | Employment |
| Dr. Alan D. Shoopak | 5/22/2015 | $7,692.31 | Employment |
| Dr. Alan D. Shoopak | 6/5/2015 | $7,692.31 | Employment |
| Dr. Alan D. Shoopak | 6/19/2015 | $7,692.31 | Employment |
| Dr. Alan D. Shoopak | 7/3/2015 | $7,692.31 | Employment |
| Dr. Alan D. Shoopak | 7/17/2015 | $7,692.31 | Employment |
| Dr. Alan D. Shoopak | 7/31/2015 | $7,692.31 | Employment |
| Dr. Alan D. Shoopak | 8/14/2015 | $7,692.31 | Employment |
| **Subtotal** | | **$200,000.06** | |
| | | | |
| Dr. Alan D. Shoopak | 4/30/2015 | $614.93 | Expense Reimb |
| Dr. Alan D. Shoopak | 6/2/2015 | $255.69 | Expense Reimb |
| Dr. Alan D. Shoopak | 6/26/2015 | $346.58 | Expense Reimb |
| Dr. Alan D. Shoopak | 8/4/2015 | $361.26 | Expense Reimb |
| **Subtotal** | | **$1,578.46** | |

B 203
(12/94)

# United States Bankruptcy Court

## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

In re

**Sebring Management FL, LLC**

Case No. **15-08589**

**Debtor**

Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ *Reasonable Fee*

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . $ 180,000.00

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ -180,000.00

2. The source of the compensation paid to me was:

   [X] Debtor          [ ] Other (specify)

3. The source of compensation to be paid to me is:

   [X] Debtor          [ ] Other (specify)

4. [X] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR (Continued)**

d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceedings.

9/17/15
*Date*

**Jay B. Verona**
*Signature of Attorney*

**Shumaker, Loop & Kendrick, LLP**
*Name of law firm*